## Shapiro, Robert E.

| | |
|---|---|
| **From:** | Shapiro, Robert E. |
| **Sent:** | Friday, August 23, 2019 1:26 PM |
| **To:** | FOIA.Public.Liaison@ssa.gov |
| **Subject:** | Freedom of Information Appeal |
| **Attachments:** | FOIA appeal 8-23-19 final.pdf |
| **Importance:** | High |

Robert E. Shapiro, MD, PhD
1256 Whalley Road
Charlotte, VT 05445
robert.shapiro@uvm.edu

Matthew D. Ramsey
Executive Director for the Office of Privacy and Disclosure
Social Security Administration, G-401 WHR 6401 Security Boulevard
Baltimore, Maryland 21235
FOIA.Public.Liaison@ssa.gov

Dear Executive Director Ramsey

Please find the attached appeals related to (1) SSA withholding of response documents requested under FOIA request S9H: SSA-2019-000087, as well as (2) the fee assessed for fulfillment of this FOIA request.

Thank you very much.

Sincerely,

**Robert E. Shapiro, MD, PhD**



1