UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ROBERT E. SHAPIRO,
                    Plaintiff,

        v.

UNITED STATES SOCIAL SECURITY
ADMINISTRATION,
                    Defendant.

Docket No. 2:19-cv-000238

## PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT, AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

NOW COMES the plaintiff, Dr. Robert E. Shapiro ("Plaintiff"), and through his undersigned counsel submits the following Memorandum in Support of his Cross Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, and his Opposition to Defendant United States Social Security Administration's ("Defendant" or "SSA") Motion to Dismiss, or in the Alternative, Motion for Summary Judgment. [Doc. 14 ("SSA Motion")].

## INTRODUCTION

Plaintiff is a neurologist who dedicates much of his practice and advocacy to helping patients and individuals who suffer from neurological disorders, particularly headache disorders such as migraine. On October 5, 2018, he submitted a Freedom of Information Act ("FOIA") request seeking from Defendant documents pertaining specifically to the SSA Listing of Impairments ("Blue Book"), with regard to how SSA develops policies and rules, and assesses, evaluates, and makes decisions, for claimants seeking benefits due to impairments and disability arising from migraine and other headache disorders. There is limited information in the public domain on these topics, despite migraine affecting

1

approximately 50 million Americans. Plaintiff requested this information for his own scholarly research and to help inform claimants and the general public about this important issue.

After Plaintiff filed his request, Defendant failed to submit a timely response, which was due 20 business days after Plaintiff's submission. When it finally responded 294 days later, Defendant produced two documents that contained no reference to headache disorders or migraine, withheld 1,377 pages of documents purportedly under Exemptions 5 and 6, and assessed Plaintiff a fee of $2,908. Plaintiff filed an administrative appeal seeking (1) access to the withheld documents and (2) for waiver of the assessed fee. Again, Defendant did not issue a timely determination, due 20 business days after Plaintiff's filing. Plaintiff waited 87 days after Defendant's deadline passed before filing this complaint.

After Plaintiff filed suit, Defendant determined there were far more responsive documents: in fact, more than 1.58 million additional pages of responsive documents. It has not produced any of these documents, nor any of the 1,377 pages it previously withheld purportedly pursuant to Exemptions 5 and 6, and has refused to refund Plaintiff the $2,908 fee.

By withholding responsive documents in response to Plaintiff's request, Defendant runs afoul of the core tenets of the FOIA: the right of citizens to be informed about their government, the need to hold governors accountable to the governed, and to provide a check on potential corruption. *NLRB v. Robbins Tire & Rubber Co.*, 437 U.S. 214, 242 (1978). Because Plaintiff complied with the FOIA, and his request reasonably described agency records, he is entitled to the information Defendant has refused to produce. Granting Plaintiff access to these documents is consistent with the FOIA's goals, and will help shed light on an

aspect of an agency's decision making that impacts millions of people but has largely operated in secrecy.

Accordingly, Plaintiff respectfully asks the Court to deny Defendant's Motion and grant Plaintiff's Cross Motion for Summary Judgment. In particular, Plaintiff seeks an order requiring Defendant to (i) produce 1,377 pages of documents it withheld under Exemptions 5 and 6, but failed to justify; (ii) produce all responsive, non-privileged documents identified in Defendant's most recent search; (iii) reimburse Plaintiff $2,908 in assessed fees; and (iv) award Plaintiff reasonable attorneys' fees, costs, and expenses.

## ARGUMENT

### A. Standards for Review

Defendant has moved to dismiss Plaintiff's FOIA request under FRCP 12(b)(6), or in the alternative, for summary judgment under FRCP 56. [SSA Motion, at 2 n.1, 8-11]. Under F.R.C.P. 12(b)(6), a federal court may dismiss a complaint for "failure to state a claim upon which relief can be granted." In reviewing a motion to dismiss, the Court "accepts all factual allegations in the complaint as true and draws all reasonable inferences in favor of the Plaintiff." *Levesque v. Vermont*, 2014 WL 4546785, at *2 (D. Vt. Sept. 12, 2014). "A complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Id*. (internal quotations omitted)(quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)).

Defendant moved, in the alternative, for summary judgment under F.R.C.P. 56. Plaintiff also submits his own cross-motion for summary judgment. Under F.R.C.P. 56, a "court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." F.R.C.P. 56(a); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-23 (1986); *Bloomer v. U.S. Dep't of Homeland*

*Sec.*, 870 F. Supp. 2d 358, 363 (D. Vt. 2012). While the movant bears the initial burden of demonstrating the absence of an issue of material fact, the "trial court must resolve all ambiguities and draw all reasonable inferences in favor of the non-moving party, and deny the motion if the moving party fails to demonstrate his or her entitlement to judgment as a matter of law." *Dumont v. U.S. Dep't of the Air Force*, 2014 WL 12543866, at *4 (D. Vt. Mar. 5, 2014).

Where, as here, a court is faced with cross-motions for summary judgment, it "must consider each motion independent of the other, and the standard to be applied is the same as that for individual summary judgment motions." *Bloomer*, 870 F. Supp. 2d at 363 (citing *Bank of N.Y. Trust, N.A. v. Franklin Advisers, Inc.*, 674 F. Supp. 2d 458, 462-63 (S.D.N.Y. 2009)); *Dumont*, 2014 WL 12543866, at *4.

## B. The FOIA

It is well settled that the FOIA plays an important role in American democracy. As the United States Supreme Court has explained, "[t]he basic purpose of [the] FOIA is to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and to hold the governors accountable to the governed." *NLRB*, 437 U.S. at 242; *Bloomer*, 870 F. Supp. 2d at 363-64. "Congress enacted FOIA 'to promote honest and open government and to assure the existence of an informed citizenry [in order] to hold the [agency decision makers] accountable." *Dumont*, 2014 WL 12543866, at *5 (citing *Nat'l Council of La Raza v. U.S. Dep't of Justice*, 411 F.3d 350, 355 (2d Cir. 2005)). The FOIA provides citizens a means to "know 'what their Government is up to.'" *NARA v. Favish*, 541 U.S. 157, 171-72 (2004) (quoting *Dep't of Justice v. Reporters Comm. for Freedom of the Press*, 489 U.S. 749, 773 (1989)). The Supreme Court cautioned that the FOIA should "not be dismissed as a convenient formalism," but "defines a structural necessity in a real democracy." *Id.* at

4

172. As the Second Circuit explained, the FOIA "adopts as its most basic premise a policy strongly favoring public disclosure of information in the possession of federal agencies." *Halpern v. FBI*, 181 F.3d 279, 286 (2d Cir. 1999).

"Under the statute, 'any member of the public is entitled to have access to any record maintained by a federal agency, unless that record is exempt from disclosure under one of the Act's nine exemptions.'" *Bloomer*, 870 F. Supp. 2d at 364 (quoting *A. Michael's Piano, Inc. v. FTC*, 18 F.3d 138, 143 (2d Cir. 1994)). To receive documents under a FOIA request, a requestor must reasonably describe the records sought and make the request in accordance with published rules. 5 U.S.C. § 552(a)(3)(A)-(B). In light of these important underlying considerations, the FOIA requires federal agencies to promptly release records in response to a request for production, 5 U.S.C. 552(a)(3)(A), and allows federal courts "to enjoin [an] agency from withholding agency records and to order the production of any agency records improperly withheld." *Bloomer*, 870 F. Supp. 2d at 364 (citing 5 U.S.C. 552(a)(4)(B)).

**C.** **Plaintiff exhausted his administrative remedies, since Defendant failed to file a timely response to his initial request and appeal, and he submitted a perfected FOIA request, because he reasonably describes the records he seeks.**

Contrary to Defendant's assertion, Plaintiff only filed this Action after exhausting his administrative remedies. [SSA Motion, at 8]. Additionally, Plaintiff reasonably described the records he seeks, and Defendant's response indicates it understood the request and knew where to search for responsive documents. As such, Defendant's Motion to Dismiss Plaintiff's complaint under 12(b)(6) or, in the alternative, summary judgment, should be denied. Instead, the Court should grant Plaintiff's cross motion for summary judgment, find that Plaintiff exhausted his administrative remedies, reasonably described the records, and is entitled to receive all non-privileged, responsive documents.

Plaintiff exhausted his administrative remedies because Defendant did not timely respond to his initial request or to his administrative appeal within the statutory timeframe, in violation of the FOIA. An agency must respond to an initial FOIA request by issuing a determination within 20 business days after receipt of the request. 5 U.S.C. § 552(a)(6)(A)(i). Similarly, an agency who receives an appeal to a FOIA determination shall make a determination with respect to any such appeal within 20 business days after receipt. 5 U.S.C. § 552(a)(6)(A)(ii). If an agency fails to comply with the statutory timeframe, a plaintiff is deemed to have exhausted his administrative remedies. 5 U.S.C. § 552(a)(6)(C); *Eakin v. U.S. Dep't of Defense*, 2017 WL 3301733, at *4 (W.D. Tx. Aug. 2, 2017) (when agency challenged scope and reasonableness of FOIA request, court found claimant-plaintiff exhausted administrative remedies where agency "failed to respond to [requester's] appeal").

Here, Defendant was late in responding to both his initial request and, more importantly for this action, his administrative appeal. Plaintiff filed his initial FOIA request on October 5, 2018. [Plaintiff's Response to Defendant's Statement of Undisputed Material Fact "SUMF"), ¶1]. Given that Defendant had 20 business days to respond, such response was due by approximately November 2, 2018. Defendant did not respond until nearly six months later when, on May 29, 2019, it informed him of the fee assessment. [SUMF, ¶ 3]. It took Defendant an additional two months to issue a decision on the request itself. [SUMF, ¶ 4]. After receiving Defendant's initial response, on August 23, 2019, Plaintiff filed a timely appeal, which gave Defendant 20 business days, or until around September 23, 2019, to issue a determination. Defendant has not yet responded to his administrative appeal, and so Plaintiff filed this action on December 20, 2019, at which point Defendant was more than three months

late in issuing a decision. [SSA Motion, at 4 (acknowledging that when Defendant filed its Motion, it was "still processing Plaintiff's appeal and had not yet issued a decision")].

Therefore, since Defendant failed to abide by the FOIA's statutorily imposed deadlines, Plaintiff has exhausted his administrative remedies. 5 U.S.C. §§ 552(a)(6)(A)(i)-(ii); *Eakin*, 2017 WL 3301733, at *4.

Notwithstanding Plaintiff's strict compliance with the FOIA's deadlines, and Defendant's disregard of the same, the SSA insists it has no duty to respond to Plaintiff's request, because he does not reasonably describe the records he seeks and thus has not perfected his request. [SSA Motion, at 8-10]. Defendant is simply wrong. In determining whether the records sought are reasonably described for FOIA purposes, the "linchpin inquiry is whether the agency is able to determine 'precisely what records (are) being requested.'" *Yeager v. DEA*, 678 F.2d 315, 326 (D.D.C. 1982). The Second Circuit, relying on the FOIA's legislative history, has found that "the FOIA defines a reasonable description of records as one that enables 'a professional employee of the agency who [is] familiar with the subject area of the request to locate the record with a reasonable amount of effort.'" *Ruotolo v. Dep't of Justice*, 53 F.3d 4, 10 (2d Cir. 1995) (quoting H.R.Rep. No. 93-876, 93rd Cong., 2d Sess. 6 (1974), 1974 U.S.C.C.A.N. 6271)); *Roman v. CIA*, 2013 WL 210224, at *6 (E.D.N.Y. Jan. 18, 2013). Requests have been found to reasonably describe the records sought even when the search produces a significant number of files. *Yeager*, 678 F.2d at 322, 326 (holding request encompassing over 1,000,000 computerized records to be valid). Under this standard, Plaintiff reasonably described the records sought.

Defendant argues that Plaintiff's request does not reasonably describe the records because it can "neither discern the precise documents that the Plaintiff is requesting nor locate

the records Plaintiff may be seeking with a reasonable amount of effort and time." [SSA

Motion, at 9]. However, Defendant's response shows the opposite. Defendant succinctly

describes the request in its Motion as seeking documents in two categories: "(1) records

'pertaining to SSA assessment, evaluation, and decisions regarding inclusion or exclusion of a

proposed listing for impairments due to migraine and other headache disorders in the SSA

Listing of Impairments' and (2) records 'pertaining to, and/or informing, guidance as to how

Listings of Impairments . . . are to be appropriately utilized and interpreted . . . in order to

assess and determine medical equivalency with impairments attributed to, or caused by,

migraine or other headache disorders.'" [*Id*., at 1]. For both categories of requests, the

documents sought relate solely to the listings as they apply to claims of impairments arising

from migraine and other headache disorders. This pithy, succinct description of Plaintiff's

request reflects Defendant's clear understanding of the documents requested, and further

demonstrates its reasonableness.

Defendant's search for responsive documents also indicates that the SSA knew exactly

how to conduct the search. Ms. Chyn, a professional employee of the agency familiar with the

subject area of the request, submits a declaration showing she knew exactly where to look for

responsive documents. [SSA Motion, Ex. A]. She knew which custodians to identify, the

offices in which to look, where to look, the search terms to employ, and how to search. [SSA

Motion, Ex. A at ¶¶ 15, 17-22]. This undermines any doubts that SSA understood the request,

and knew where and how to identify responsive documents.

Nor is Plaintiff's request as broad as Defendant would imply. For instance, Plaintiff's

request is narrowly tailored to the development and application of listings to the evaluation

and determination of migraine and headache disorder impairments, and not, as Defendant

suggests, "related to an agency publication that is central to SSA'S programmatic business processes related to [all] disability determinations[.]" [SSA Motion, at 9]. And, contrary to Defendant's assertion, Plaintiff does not seek all agency documents that "in any way relate to the agencies treatment of a whole category of neurological conditions." [*Id.*, at 10]. A fair reading of the request shows that Plaintiff seeks only documents regarding how specific neurological listings, e.g., epilepsy, may have been applied in the evaluation of impairments exclusively arising from migraine and headache disorders.[SUMF, ¶ 1; Complaint Ex. 1].

Plaintiff's request also reasonably describes the records sought because the limited public information about the agency itself makes it impossible to fashion a more tailored request. The SSA has posted only one brief web-page, then or now, with but a glimpse of the offices or personnel that deliberate upon or decide these policies. [Shapiro Aff., ¶ 14]. The policy-making process itself is nowhere described or delineated for public assessment or scrutiny by the Defendant. [Shapiro Aff., ¶¶ 8-10]. Very limited relevant information may be gleaned from documents issued not by SSA, but by the SSA OIG (SSA OIG, The Social Security Administration's Listing of Impairments (A-01-08-18023), March 2009; SSA OIG, The Social Security Administration's Listing of Impairments (A-01-15-50022), September 2015), the GAO (GAO, Modernizing SSA Disability Programs, Preliminary Observations on Updates of Medical and Occupational Criteria (GAO-12-511T), March 2012), and the National Academy of Medicine (NAM, Improving the Social Security Disability Decision Process (2007)). [Shapiro Aff., ¶ 10]. Again, none of these documents provides insight as to why the Defendant decided not to include a migraine and headache disorders listing during the 2016 rule-making. [Shapiro Aff., ¶ 8]. That is, the Defendant has made utterly opaque to the public the disability evaluation processes relevant to the FOIA request. The point of the

FOIA request is to make these processes transparent to claimants and the public. Further, the Defendant cannot reasonably demand that the Plaintiff produce a detailed description of documents sought under a FOIA request, while simultaneously prohibiting the Plaintiff from acquiring virtually any information upon which to describe the documents sought in detail. [Shapiro Aff., ¶¶ 8-10, 14].

Importantly, Defendant claims for the first time in response to Plaintiff's Complaint that he has not perfected his request. [SSA Motion, at 8]. SSA responded to Plaintiff's FOIA request and did not seek clarification from Plaintiff about the scope of his request, and Defendant did not raise a concern about the scope in response to Plaintiff's administrative appeal because it did not respond. [SUMF ¶8; Complaint Ex. 1, at Ex. A]. Plaintiff first became aware that SSA did not believe Plaintiff reasonably described the records, and therefore does not have a perfected request, until after he expended the time and resources to file suit. An agency that fails to raise this issue during the administrative proceedings, only to assert it in hindsight after a requester files suit, would deprive a requester of an opportunity to cure what an agency views as an overbroad request before expending the costs and resources of filing a lawsuit.

Defendant's two principle cited cases are distinguishable. In *Roman v. C.I.A.*, 2013 WL 210224 (E.D.N.Y. Jan. 18, 2013), the agency responded to the requestor's FOIA submission by informing him that his request did not reasonably describe the records sought and that, "because of the breadth and lack of specificity of your request, and in the way in which records systems are configured, the Agency cannot conduct a reasonable search for information responsive to your request." *Id*. at *2. In response, the requester merely reiterated his request, did not file an administrative appeal, and filed a FOIA complaint with the court.

*Id*. at \*2, \*5 n.3. Here, Plaintiff was not given pre-suit notice of Defendant's position, and so filed an administrative appeal.  And in *Manfredonia v. SEC*, 2009 WL 4505510 (E.D.N.Y. Dec. 9, 2009), the requester conceded "that he did not exhaust his administrative remedies," because he did not file an administrative appeal. *Id*. at \*3, \*6. Further, the requester did not comply with SEC or FBI specific regulations, inapplicable here, requiring that a FOIA request describe certain information with specifics, such as the names, dates, and subject matter of documents sought.  *Id*. at \*5. In contrast, here Plaintiff is not required to request documents with specificity and he learned for the first time after filing suit that Defendant viewed his request as unperfected. However, Plaintiff has reasonably described the documents he seeks and the SSA was able to identify them.

### D.  It is not unduly burdensome for Defendant to produce documents or respond to Plaintiff's request.

Defendant argues that it need not respond to the request because it is unduly burdensome. [SSA Motion, at 11-15]. When an agency "claims that responding to a request is unreasonable, 'it bears the burden to provide a sufficient explanation as to why such a search would be unreasonably burdensome." *Seife v. U.S. Dep't of State*, 298 F. Supp. 3d 592, 611 (S.D.N.Y. 2018) (citing *Ayuda, Inc. v. Fed. Trade Comm.*, 70 F. Supp. 3d 247, 275 (D.D.C. 2014)). As the Department of Justice has acknowledged in its own publications, the "sheer size or burdensomeness of a FOIA request, in and of itself, does not entitle an agency to deny that request on the ground that it does not 'reasonably describe' records within the meaning of FOIA." DOJ, Procedural Requirements. FOIA Update, Vol. IV, No. 3, at 5. Other courts agree, stating that "a broad and burdensome request does not automatically render it *unreasonably* burdensome." *Eakin*, 2017 WL 3301733, at \*5. Here, the sheer burdensomeness of the request should not be outcome determinative, given Defendant's responses at the

administrative level, the nature of the obscurity regarding the SSA, and Plaintiff's two-prong request.

Defendant did not claim Plaintiff's request was unduly burdensome in response to Plaintiff's initial request, and then did not respond to his administrative appeal. Indeed, in response to Plaintiff's initial request, Defendant produced two (albeit irrelevant) memoranda, and identified 1,377 pages of responsive documents it withheld pursuant to Exemptions 5 and 6. Defendant did not assert, nor could it, that this response would be unduly burdensome. After Plaintiff filed this action, Defendant then revisited its initial search, changed its position, and determined that its initial interpretation was "too narrow and the search performed was not reasonably calculated to obtain all records responsive to Mr. Shapiro's FOIA request." [Declaration of CT Monica Chyn ("Chyn Decl."), ¶ 12]. That is, only *after* Plaintiff filed a complaint did Defendant's search balloon from under 2,000 pages of responsive documents to more than 1.5 million pages.

It would set a dangerous precedent if the Court were to find that an agency could lawfully proceed in such a manner—initially to conduct a narrow search during the administrative process, conduct a much more expansive search when faced with a determined requester, and then, based on the more expansive search, assert it has no duty to respond based on burdensomeness. First, it would encourage agencies to conduct very narrow searches at the administrative stage, not produce all responsive documents, and then hope a requester will not expend the time and resources, including filing fees and attorneys' fees, to bring an action. Second, when faced with a dogged requester who has a reasonable basis to challenge the scope of the initial search and files a complaint, an agency could fashion a broad search, claim it is unduly burdensome, and then simply not have to respond. Under either scenario, an

12

agency could insulate itself from a valid request and thwart the underlying purposes of the FOIA: government accountability, open government, and an informed citizenry. *See* Section B, *supra*.

Furthermore, in the instant case fashioning a more tailored request would be unreasonably difficult, given the scarcity of information available about the SSA. [Shapiro Aff., ¶¶ 8-10, 14]. Defendant states that "Plaintiff has been given the opportunity to reform his request and describe the requests by date range, agency function, or document type, he has declined." [SSA Motion, at 10]. However, Plaintiff indicated he was willing to limit his request to the last 20 years, and to a more limited number of custodians. [Shapiro Aff., ¶14]. Regarding the custodians, and given the paucity of public information about the SSA, Plaintiff requested more information about those deemed to possess relevant information so he could make an informed decision about how to narrow the request. [*Id*.]. Defendant was unwilling to provide this information, and accordingly Plaintiff was unable to narrow the request. [*Id*.].

Lastly, Ms. Chyn's declaration does not show that responding to Plaintiff's request would be unduly burdensome. As Defendant acknowledges, Plaintiff's request is essentially two pronged, *see* Section C at 8, *supra*, yet Ms. Chyn's declaration draws no distinction between these prongs. It could very well be that responding to one of these requests is not at all burdensome. Yet, by clumping both prongs together in the same search, it is impossible to parse out whether the claimed burden applies to which part of the request.

Ms. Chyn's declaration should also be viewed with skepticism given the SSA's response to Plaintiff's request. On May 29, 2019, Ms. Chyn issued a fee notice establishing that the search and review for documents responsive to Plaintiff's request would be approximately 83 hours. [Chyn Decl., ¶¶5-6]. From that search and review, Plaintiff received

two irrelevant memoranda that did not contain the terms "headache" or "migraine", two of the critical terms in Plaintiff's request. [Shapiro Aff., ¶ 13]. After Plaintiff filed suit, Ms. Chyn issued a second opinion: the initial 83 hour estimate has now ballooned to a search and review that would take 193,311.6 hours. [Chyn Decl., ¶ 31]. Given that Ms. Chyn's initial search produced two irrelevant documents, and the second estimate increased by more than 2,300 times the amount of time to search for and review relevant documents, Plaintiff has no faith that the affidavit accurately represents the amount of time and effort needed to respond to Plaintiff's meritorious FOIA request. The two irrelevant documents disclosed by the Defendant constitute "*contradictory evidence in the record*" that would call into question the veracity of the estimates in Ms. Chyn's subsequent declaration. *Dumont*, 2014 WL 12543866, at *7.

Finally, it is not unduly burdensome for Defendant to produce the 1,377 pages it withheld pursuant to Exemptions 5 and 6. "When an agency withholds requested information, it must demonstrate that the information is exempt from disclosure." *Judicial Watch, Inc. v. Export-Import Bank*, 108 F. Supp. 2d 19, 25 (D.D.C. 2000) (citing 552(a)(4)(B)). To meet this burden, an agency may submit affidavits from one of their officials, and the affidavits "must show, with reasonable specificity, why the documents fall within the exemption." *Id*. Here, Defendant has failed to meet its burden. The Chyn Declaration incorporates the arguments from the SSA's initial letter, which contain boilerplate responses, and is devoid of any specificity that the 1,377 are being withheld pursuant to the exemptions. As such, Defendant has failed to meets its burden to justify its withholding.

In sum, it is not burdensome for Defendant to produce the 1,377 documents withheld pursuant to purported privileges, as well as all other responsive, non-privileged documents.

**E.  Defendant erred in denying Plaintiff a fee waiver or reduction under the FOIA.**

Defendant charged Plaintiff $2,908 for responding to his FOIA request. This fee, as well as any future fees, should be waived for two reasons. First, Defendant failed to comply with the statutory timeframe. The FOIA specifies that where an agency does not comply with the applicable statutory timeframes, it shall not charge any fees to a requester "when records are not sought for commercial use and the request is made by an educational or noncommercial scientific institution." 5 U.S.C. § 552(a)(4)(A)(viii)(I). Here, Plaintiff is not seeking the documents for commercial use, and instead will use them for scholarly research and to better inform the public. [Shapiro Aff., ¶ 7]. Consequently, Defendant's failure to abide by the statutory deadlines should preclude it from assessing a fee against Plaintiff.  *See* Section C, at 6-7, *supra*.

*Second*, Plaintiff seeks the information for non-commercial purposes, in furtherance of scholarly and scientific research, and the information will contribute significantly to the public understanding of SSA's operations. [Shapiro Aff., ¶ 7]. The FOIA establishes a fee schedule that contemplates waiver or reduction of fees for non-commercial requesters, and where the disclosure will benefit the public at large. "[F]ees shall be limited to reasonable standard charges for document duplication when records are not sought for commercial use and the request is made by an educational or noncommercial scientific institution, whose purposes is scholarly or scientific research[.]" 5 U.S.C. § 552(a)(4)(A)(ii)(II); *Pietrangelo, II,* 2007 WL 1874190, at *6. For such requesters, duplication fees should be waived entirely, or reduced "if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. §

552(a)(4)(A); *Pietrangelo, II,* 2007 WL 1874190, at *6. The FOIA's fee-waiver provisions should be "liberally construed in favor of waivers for noncommercial requesters." *Id.* (quoting *Judicial Watch, Inc. v. Rossotti*, 326 F.3d 1309, 1312 (D.D.Cir. 2003).

Here Plaintiff meets all the requirements of the fee-waiver provision: he seeks records for non-commercial purposes, in furtherance of scholarly research, and the information produced will increase public understanding of Defendant's process, policies, disability criteria, and determinations related to migraine and headache disorders. [Shapiro Aff., ¶ 7]. He is a medical doctor, professor, author of more than 50 publications on the topic, and founding president of a national group advocating on these issues. [Shapiro Aff., ¶¶ 3-5]. Application of the fee-waiver provision here will also further the public's understanding on the issue of migraine and headache disorders as it relates to disability determinations. It is an important topic: approximately 50 million individuals are affected by migraine in the United States, and migraine is the leading cause of disability for Americans under age 50. [Shapiro Aff., ¶ 6]. Therefore, it would be inequitable for SSA to pursue policies (e.g. not including a Blue Book listing for migraine), under regulation, that limit the ability for Americans with legitimate migraine impairment disability claims to receive the benefits earned from premiums withheld from their paychecks during their employment.

Defendant justifies charging Plaintiff fees under Section 1106(c) of the Social Security Act, 41 U.S.C. § 1306(c) and 20 C.F.R. § 402.175. [SSA Motion, at 15]. Under this provision, and notwithstanding the FOIA, Defendant may charge fees where the SSA commissioner determines a request is "made for any other purpose not directly related to the administration of the program or programs under this Act to which such information relates[.]" The "major criteria" the SSA uses to make this determination is: "(A) Is the information needed to pursue

some benefit under the Act?; (B) Is the information needed solely to verify the accuracy of information obtained in connection with a program administered under the Act; (C) Is the information needed in connection with an activity which has been authorized under the Act; (D) Is the information needed by an employer to carry out her or his taxpaying responsibilities under the Federal Insurance Contributions Act of section 218 of the Act?" 20 C.F.R. § 402.170; Chyn Decl., ¶ 7.

The Court reviews Defendant's fee-related FOIA decisions *de novo*. *Pietrangelo, II*, 2007 WL 1874190, at *6. Such a *de novo* review reveals that Defendant's determination is without merit. As a preliminary matter, Plaintiff's request is a program-related request, made for a purpose directly related to the administration of the SSA as it pertains to claimants with migraine and headache disorders. Indeed, Plaintiff seeks the records to determine how SSA applies its regulations for disability evaluations. The crux of this request is therefore directly related to SSA's "administration of the program."

Even applying the SSA's criteria, two of these factors weigh heavily in favor of charging no fee. Factor A—"whether the information is needed to pursue a benefit under the Act"—supports a fee waiver. Disclosure of the records will educate the public, informing them about how to pursue disability benefits under the Social Security Act related to migraine and headache disorders. Therefore, it is needed to pursue a benefit under the Act. Factor C— whether the information is needed in connection with an activity authorized under the Act— also weighs heavily in favor of a fee waiver. The information is needed in connection with an activity authorized under the Act: namely, how Defendant reviews, evaluates and considers disability applications for migraine and headache disorders. Based on the current, limited amount of public information in this regard, the public is left in the dark about how the

agency and its government operates an important social program. [Shapiro Aff., ¶¶ 8-10, 14].

Further, the FOIA request was filed, in part, to seek guidance for SSDI migraine claimants

that was known to exist when it had been specifically cited both by SSA Acting

Commissioner Colvin and in the 2016 rule-making, but had then been withheld from

claimants and the public. [*Id*.].

In sum, Defendant erred in charging Plaintiff a fee, and he should be reimbursed in the

amount of $2,908.

**F. Plaintiff is entitled to costs, including reasonable attorneys' fees, if he substantially prevails.**

The FOIA allows courts to award represented litigants reasonable attorneys' fees and

litigation costs if they have substantially prevailed. 5 U.S.C. § 552(a)(4)(E)(i). In the context

of the FOIA, complainants substantially prevail when they obtain relief through either (i) a

judicial order, or an enforceable written agreement or consent decree, or (ii) "a voluntary or

unilateral change in position by the agency, if the complainant's claim is not insubstantial." 5

U.S.C. § 552(a)(4)(E)(ii); *Warren v. Colvin*, 744 F.3d 841, 845 (2d Cir. 2014). If the Court

sanctions any "alteration in the legal relationship of the parties," then it should award Plaintiff

reasonable attorneys' fees and expenses. *Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't*

*of Health & Human Res.*, 532 U.S. 598 (2001).

Here, Plaintiff filed this action only after Defendant filed a late response to his initial

request, and did not respond to his administrative appeal. In so doing, the agency deprived

Plaintiff of the chance to resolve (1) his FOIA request and (2) his request for refund of FOIA

fees, without court intervention. If the Court enters an order that alters Defendant's position,

including granting Plaintiff's motion for summary judgment, in whole or in part, or denying

Plaintiff's motion for summary judgment, in whole or in part, Plaintiff is entitled to reimbursement for costs, including reasonable attorneys' fees.

## CONCLUSION

For the foregoing reasons, Plaintiff requests that the Court deny Defendant's Motion, grant Plaintiff's Cross Motion for Summary Judgment, and enter an order requiring Defendant to: (i) produce 1,377 pages of documents it withheld under Exemptions 5 and 6, but failed to justify; (ii) produce all responsive, non-privileged documents identified in Defendant's most recent search; (iii) reimburse Plaintiff $2,908 in assessed fees; and (iv) award Plaintiff reasonable attorneys' fees, costs, and expenses.

DATED at Middlebury, Vermont this 22nd day of September, 2020.

LANGROCK SPERRY & WOOL, LLP

_____

Emily J. Joselson
Justin G. Sherman
PO Drawer 351, 111 S. Pleasant Street
Middlebury, VT 05753
ejoselson@langrock.com
jsherman@langrock.com
Phone:  802-864-0217

**Attorneys for Plaintiff Robert E. Shapiro**

1124944.1

19

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ROBERT E. SHAPIRO,
                         Plaintiff,

        v.

UNITED STATES SOCIAL SECURITY
ADMINISTRATION,
                         Defendant.

Docket No. 2:19-cv-00238

**AFFIDAVIT OF ROBERT E. SHAPIRO**

I, Robert E. Shapiro, being duly sworn, depose and say as follows:

1.      My name is Robert E. Shapiro and I am the plaintiff in the above-captioned action.

2.      I make this Affidavit in support of my Cross Motion for Summary Judgment and in Opposition to the United States Social Security Administration's ("SSA") Motion to Dismiss, or in the Alternative, for Summary Judgment. [Doc. 14].

3.      I am a medical doctor and currently a Professor of Neurological Sciences at the Larner College of Medicine at the University of Vermont. I treat patients for migraine and other headache disorders, as well as other neurological disorders. I am a member of the American Board of Psychiatry and Neurology, specializing in Neurology. I am certified in field of Headache Medicine by the United Council for Neurological Subspecialties. I am the founding president of the Alliance for Headache Disorders Advocacy (AHDA), a national organization under IRC § 501(c)(6), advocating on behalf of public interests of Americans with disabling headache disorders, and a past member of the Board of Directors of the American Headache Society.

1

4. A true and correct copy of my current Curriculum Vitae is attached hereto as Exhibit 1.

5. I have authored numerous peer-reviewed articles and other scholarly research on migraine disability, headache disorders, and other neurological disorders. The red-highlighted articles in my attached Curriculum Vitae are related to headache disorders.

6. Migraine affects approximately 50 million (15%) Americans, with its greatest prevalence in those between the ages 20 to 50 years, the most important years of employment. *See* Global Burden of Disease Study, available at https://vizhub.healthdata.org/gbd-compare/. Migraine is the second leading cause of all U.S. disability (5.1% of years lived with disability), and the most common cause of disability for Americans less than 50 years of age. *See* Global Burden of Disease Study, available at https://vizhub.healthdata.org/gbd-compare/.

7. I filed my FOIA request for two reasons. First, the documents will aid in the pursuit and continuation of my own scholarly research. Second, and given the prevalence of migraines in society, the lack of information in the public domain about the process for disability evaluations for migraine and other headache disorders involving the Blue Book, how such SSA disability evaluations are decided, and how Defendant makes such disability evaluation, I believe such information is in the public interest.

8. At the time I submitted my FOIA request, on October 5, 2018, there was virtually no information in the public domain regarding the process of revision of the Blue Book listings that may be specifically applicable to SSDI/SSI claimants with migraine and headache disorders, or guidance documents for such claimants regarding how to most appropriately apply Blue Book listings in making their claims.

9.      At the time of my FOIA submission, based on my research and experience in the area, I knew of only two SSA documents (Complaint, Ex. 1, at Exs. G, J) in the public domain that shed any light on how those individuals living with disabling migraine might apply the Blue Book listings in making claims for SSDI. As set forth in my administrative appeal (Complaint, Ex. 1), the SSA stated, both in the 2016 final-ruling making for the revision of the Blue Book Neurological Listings (81 Fed. Reg. 43048 (2016), available here: https://www.govinfo.gov/content/pkg/FR-2016-07-01/pdf/2016-15306.pdf#page=1), as well as in a letter from Acting SSA Administrator Colvin to Senate Finance Committee Chairman Max Baucus (Complaint, Ex. 1, at Ex. K), that directly relevant guidance had been provided to SSA adjudicators, but had been deliberately withheld from claimants: "Our adjudicators have received specific training and policy guidance on how to evaluate migraine and cluster headaches."

10.     Very limited relevant information may be gleaned from documents issued not by SSA, but by the SSA OIG (SSA OIG, The Social Security Administration's Listing of Impairments (A-01-08-18023), March 2009; SSA OIG, The Social Security Administration's Listing of Impairments (A-01-15-50022), September 2015), the GAO (GAO, Modernizing SSA Disability Programs, Preliminary Observations on Updates of Medical and Occupational Criteria (GAO-12-511T), March 2012), and the National Academy of Medicine (NAM, Improving the Social Security Disability Decision Process (2007)).

11.     Federal regulations direct SSA to include Blue Book listings for the common causes of disability. (42 Fed. Reg. 14706 (1977) (available here: https://tile.loc.gov/storage-services/service/ll/fedreg/fr042/fr042051/fr042051.pdf); 44 Fed. Reg. 18175 (1979) (available here: https://tile.loc.gov/storage-services/service/ll/fedreg/fr044/fr044060/fr044060.pdf); 50

Fed. Reg. 50069 (1985) (available here: https://tile.loc.gov/storage-services/service/ll/fedreg/fr050/fr050235/fr050235.pdf). However, there is no Blue Book listing for migraine. Further, migraine impairments are symptoms, for which there are no reliable diagnostic physical signs or laboratory findings. Yet, federal regulations prohibit claimant symptoms from supporting SSDI/SSI eligibility as Medically Determinable Impairments in Sequential Evaluation. (56 Fed. Reg. 57941 (1991) (available here: https://tile.loc.gov/storage-services/service/ll/fedreg/fr056/fr056220/fr056220.pdf). This prohibition violates federal statute. 29 U.S.C. § 794(a)). Partially as a consequence of these regulatory barriers to recognition of migraine impairments in Sequential Evaluation, SSDI claimants for migraine have among the lowest participation rates (0.3% of all SSDI claimants). *See* https://www.ssa.gov/policy/docs/ssb/v73n2/v73n2p39.html#tableA1. Further, among those few individuals who do file migraine claims for SSDI, the initial allowance rates are exceptionally low (23%) relative to all claimants (46%). *See* https://www.ssa.gov/policy/docs/ssb/v73n2/v73n2p39.html#tableA1. In 2013, to begin to address this disparity, 13 U.S. non-profit advocacy organizations submitted to SSA a draft Blue Book listing for migraine and headache disorders. Included with the draft Blue Book listing were data alerting SSA to the huge contribution of migraine to the disability burden of the United States. In 2014, SSA issued a Notice of Proposed Rulemaking (NPRM) to revise the Neurological Listings (11.00) (79 Fed. Reg. 10636 (2014) (available here https://www.govinfo.gov/content/pkg/FR-2014-02-25/pdf/2014-02659.pdf#page=2. During the NPRM, SSA received more than 800 public comments supporting adding a Blue Book listing for migraine and headache disorders. In 2016, in the final rule-making, SSA did not add a Blue Book listing for migraine and headache disorders, and offered no justification or

explanation for this decision.  (81 Fed. Reg. 43048 (2016): available here:

https://www.govinfo.gov/content/pkg/FR-2016-07-01/pdf/2016-15306.pdf#page=1.

12.    In response to my initial FOIA request, SSA produced two memoranda

and withheld 1,377 pages of responsive documents it claims fall under FOIA exemptions

5 and 6. [Complaint, Ex. 1, at Exs. A, E, F].

13.    Based on my review of the two memoranda Defendant produced, I

determined these documents are irrelevant to my request. Neither contains the terms

"headache" or "migraine," and the documents do not pertain in any way to the assessment

of SSDI/SSI claimants' impairments for migraine or headache disorders under the Listing of

Impairments.

14.    After I filed this action, the SSA's attorney contacted my counsel to see if I

was willing to narrow my request. Through my counsel, I indicated I was willing to limit my

request to the last 20 years, and limit the production of documents to a limited number of the

134 custodians SSA identified as potentially possessing relevant information to my FOIA

request.  At the time of my request and currently, I am aware of only one brief SSA web-page

offering a glimpse of the offices or personnel that deliberate upon or decide policies. *See*

https://www.ssa.gov/org/orgDCRDP.htm#odp2. Therefore, before agreeing to limit my

search to certain custodians, I requested more information about those deemed to possess

relevant information. When I did not receive this information, the Defendant thwarted my

ability to narrow my request.


DATED: September 22, 2020          ____ *Robert E. Shapiro* ___

                                             Robert E. Shapiro

1125185.1

**ROBERT EVAN SHAPIRO**
**CURRICULUM VITAE**

**Academic Address:**

| | | |
|---|---|---|
| Department of Neurological Sciences | Voice: | (802) 847-6656 |
| Arnold 2442A | FAX: | (802) 847-4918 |
| 1 South Prospect Street | Twitter: | @headachedoc |
| Burlington, Vermont, 05401-3456 | Skype: | robert.shapiro802 |
| | email: | robert.shapiro@uvm.edu |
| **Current Positions:** | | robert.shapiro@uvmhealth.org |

Professor, Department of Neurological Sciences, Robert Larner, M.D. College of Medicine, UVM, VT
Attending Neurologist, University of Vermont Medical Center, Burlington, Vermont
Director, Headache Clinic, University of Vermont Medical Center, Burlington, Vermont
Director, UCNS Headache Medicine Fellowship, University of Vermont Medical Center, Burlington, VT
Division Chief, Headache Medicine, Dept Neurological Sciences, UVM Medical Center, Burlington, VT

**Education:**

Phillips Exeter Academy, Exeter, New Hampshire
      High School Diploma                1973

School of Arts and Sciences, University of Pennsylvania, Philadelphia, Pennsylvania
      B.A., cum laude  (Biology)        1978
      A.M.         (Biology)        1978
      Ph.D.         (Anatomy)      1984

University College, University of Oxford, Oxford, England
      B.A., Hons.     (Philosophy / Psychology)    1980
      M.A.        (Philosophy / Psychology)    1985

College of Physicians and Surgeons, Columbia University, New York, New York
      M.D.                    1987

**Academic Appointments:**

School of Medicine, Johns Hopkins University, Baltimore, Maryland
      Instructor in Neurology          1991-1996
      Assistant Professor of Neurology    1996-1997

Robert Larner, M.D., College of Medicine, University of Vermont, Burlington, Vermont
      Assistant Professor of Neurology    1997 - 2004
      Associate Professor of Neurology   2004 - 2009
      Member, Graduate Faculty       2006 -
      Professor of Neurology         2009 - 2012
      Professor of Neurological Sciences  2012 -

**Postgraduate Training Appointments:**

The Graduate Hospital, University of Pennsylvania, Philadelphia, Pennsylvania
    Intern in Medicine                                       1987-1988

The Johns Hopkins Hospital, Johns Hopkins University, Baltimore, Maryland
    Resident in Neurology                                 1988-1991

**Hospital Appointments:**

Johns Hopkins Hospital, Baltimore, Maryland
    Attending Neurologist                                 1991-1997

University of Vermont Medical Center (formerly Fletcher Allen Health Care), Burlington, Vermont
    Attending Neurologist                                 1998 -
    Director, Headache Clinic                             1998 -

Alice Hyde Medical Center, Malone, New York
    Consulting Neurologist                               2002 - 2006

**Medical Licensure:**

| | | | |
|---|---|---|---|
| Pennsylvania | MT019288T | voluntarily inactive | 1987 - 1988 |
| Maryland | D42471 | voluntarily inactive | 1991 - 1997 |
| New York | 222796 | voluntarily inactive | 2001 - 2006 |
| Vermont | 042-0009608 | active | 1998 - |
| DEA | BS5421374 | | |

**Certification:**

The National Board of Medical Examiners (now USMLE)     Diplomate (#33391426) July 1, 1988
Neurology, The American Board of Psychiatry and Neurology     Diplomate (#037595)   April 1993 -
Headache Medicine, United Council for Neurologic Subspecialties, Diplomate (#00838-16) 2006 – 2026

**Grant Review Boards, Study Sections, Awards Committees:**

CFIDS Association of America, Grant Review Board         2001

American Headache Society, Awards Committee           2002 – 2016

UVM General Clinical Research Center, Scientific Advisory Committee  2003 - 2006
                               Vice Chairman  2005 - 2006

American Academy of Neurology, Wolff-Graham Award Committee  2009 – 2012
                     Kenneth Viste Award Subcommittee  2013 –

US Army Medical Research and Materiel Command,        2010, 2014
    CDMRP, Peer Reviewed Medical Research Program, Study Section

American Brain Foundation,  Expert Review Panel for Headache & Pain   2017

NINDS HEAL Initiative ZNS1 SRB-A 33, Review of EPPIC- NET Assets
(Candidates for Pain Therapies)                                          03/23/2020


**Editorial Activities:**

*Contributing Editor:* Headache Currents (2009 - 2015)

*Ad hoc reviewer (1999 –):*

| | |
|---|---|
| American Journal of Human Genetics | Headache Currents |
| Annals of Neurology | JAMA Neurology |
| BMC Public Health | JAMA Pediatrics |
| BMJ | Journal of Headache and Pain |
| Brain | Journal of Neuroimaging |
| Cephalalgia | Journal of Pediatrics |
| Cerebral Cortex | Lancet |
| Clinical Pharmacology in Drug Development | Lancet Neurology |
| CNS Spectrums | Muscle and Nerve |
| European Journal of Pharmacology | New England Journal of Medicine |
| Genomics | Regional Anesthesia and Pain Medicine |
| Headache | SpringerPlus |

**Professional Organizations:**

| | | | |
|---|---|---|---|
| Alliance for Headache Disorders Advocacy | Founding President | 2008 – 2013 | |
| | Board of Directors, Member | 2008 – | |
| | 'Headache on the Hill' (13 events) | 2007 – 2020 | |
| | Director (6 events) | | |
| | | | |
| American Academy of Neurology | Member | 1996 – | |
| | Scientific program abstract reviewer | 2003 | |
| | 'Neurology on the Hill' advocacy (14 events) | 2004 - 2020 | |
| | Palatucci Advocacy Leadership Forum | *Advocate* | 2007 |
| | | *Advisor* | 2008 |
| | | *Faculty* | 2009 |
| | Editorial Board for Advocacy | 2008 - 2009 | |
| | Wolff-Graham Award Committee | 2009 – 2012 | |
| | Kenneth Viste Award Subcommittee | 2013 – | |
| | Fellow | 2013 – | |
| | Health Policy Subcommittee | 2018 – | |
| | | | |
| American Headache Society | Member | 1998 – | |
| | Awards Committee, Member | 2002 – 2016 | |
| | Acting Chair | 2013 | |
| | Scientific program abstract reviewer | 2005 | |
| | Academic Affairs Section, Chair | 2006 – 2008 | |

3

|  | 50th Anniversary Committee, Member | 2006 – 2008 |
|  | Headache Guidelines Representative | 2008 |
|  | Post-Traumatic Headache Consensus Conference 2011 | |
|  | Committee on Conflict of Interest & Disclosure 2013 | |
|  | Board of Directors, Member | 2014 – 2020 |
|  | Affordable Care Act Task Force | 2014 |
|  | Ethics Committee, Member | 2016 – 2020 |
|  | Runnin' for Research Travel Award Committee 2018 – | |
|  | Practice Management Committee, Member | 2018 – |
|  | Fellow | 2018 – |
|  | Advocacy Committee, Member | 2019 – |
|  | Liaison, AHS/AMD Migraine Science Collaborative  2019 | |
| American Society for Experimental NeuroTherapeutics | Member | 2010 |
| Headache Cooperative of New England | Member | 1998 – |
|  | Board of Directors | 2000 – |
|  | President | 2002 – 2008 |
|  | Educational Co-Director | 2004 – 2015 |
| Headache Cooperative of the Pacific | CME Planning Committee | 2008 |
| International Headache Research Seminar | Organizing Committee, Member | 2007 |
| International Headache Society | Member | 1999 - |
|  | Journal Editorship Working Group | 2015 |
|  | Global Patient Advocacy Coalition | 2018 |
| National Headache Foundation | Member | 2008, 2012 |
| Clusterbusters | Medical Advisory Board | 2013 - |
| Association of Migraine Disorders | Event Committee | 2016-2017 |
| Cluster Headache Foundation | Medical Advisory Board | 2016 |
| CGRP Education and Research Forum | Editorial Advisory Board | 2017 |
| American Migraine Foundation | Advisory Board | 2017 – 2018 |
| American Brain Foundation | Expert Review Panel for Headache & Pain | 2017 |
| Runnin' for Research | Resident Research Travel Committee | 2018 – 2020 |
| Migraine at Work | Steering Committee | 2019 – |

**Fellowships, Travel Grants, Awards, and Distinctions:**

| | |
|---|---|
| Joint BA/AM Submatriculation Program, University of Pennsylvania | 1976-1978 |
| Cum Laude, University of Pennsylvania | 1978 |
| Thouron Award, University of Oxford, Oxford, England | 1978-1980 |
| University Fellowship, University of Pennsylvania | 1980-1981 |
| American Physiological Society / Kroc Foundation Travel Grant | 1983 |
| Australian Academy of Science Travel Fellowship | 1983 |
| Columbia University / University of Paris Exchange Fellowship | 1987 |
| Hôpital Bicêtre, Le Kremlin-Bicêtre, Paris, France, Medical Student Externship | 1987 |
| National Hospital, Queen Square, London, England, Medical Student Externship | 1987 |
| The Helen M. Sciarra Prize in Neurology, Columbia University | 1987 |
| Merck Clinician Scientist Award, Johns Hopkins School of Medicine | 1991 |
| Solo Cup Clinician Scientist Award, Johns Hopkins School of Medicine | 1996 |
| Tilghman Traveling Fellowship, Johns Hopkins School of Medicine | 1996-1997 |
| Migraine Innovators Merit Award, AstraZeneca Pharmaceuticals | 2002 |
| Frymoyer Scholar, University of Vermont College of Medicine | 2003 - 2005 |
| America's Top Doctors®, Castle Connelly, Listed | 2004 - 2020 |
| The David Coddon Lecture, Headache Cooperative of New England | 2005 |
| Best Doctors in America®, Listed | 2007 - 2013 |
| The Palatucci Advocate of the Year Award, American Academy of Neurology | 2007 |
| Faculty of 1000 - Medicine, Faculty Member | 2008 - 2010 |
| America's Top Physicians®, Listed | 2010 |
| The Harold G. Wolff Lecture Award, American Headache Society | 2012 |
| Lifetime Achievement ('Megrim') Award, Headache Cooperative of New England | 2013 |
| Fellow, American Academy of Neurology | 2013 |
| The Kenneth M. Viste, Jr., MD, Patient Advocate of the Year Award, AAN | 2013 |
| Above and Beyond Award, American Headache Society | 2014 |
| Excellence in Advocacy for Cluster Headaches Award, Clusterbusters | 2015 |
| Innovation Award, Association of Migraine Disorders | 2016 |
| Distinguished Service Award, American Headache Society | 2019 |
| Headache Champion Award, Alliance for Headache Disorders Advocacy | 2019 |

**Research Grants (Principal Investigator for each, unless noted):**

| | |
|---|---|
| USPHS [5T32GM07517-05], National Research Service Award, Predoctoral Fellowship | 1981-1983 |
| Research Foundation of the University of Pennsylvania, Grant | 1983 |
| NIH / NINDS [5K08NS001518], Clinical Investigator Development Award | 1991-1996 |
| Spinal Cord Research Foundation / P.V.A., Research Grant | 1995-1999 |
| NIH / GCRC [5M01RR000052], Johns Hopkins GCRC Project Investigator | 1995 |
| Johns Hopkins School of Medicine, Institutional Research Grant | 1996 |
| Berman Foundation, Grant | 1997 |
| Cal Ripken / Lou Gehrig Fund for Neuromuscular Research, Pilot Grant | 1997 |
| American Heart Association – Maryland Affiliate | 1997 |
| CFIDS Association of America, Grant | 1998 |
| University of Vermont, Patient Oriented Research Pilot Project Award | 1999 |
| Unrestricted Educational Grant, Merck Pharmaceuticals | 2000-2001 |
| NIH / NIDCR [5R01DE013849-03], Contracted Consultant (P.I.: Ethylin Jabs, JHU) | 2000-2003 |
| New Research Initiatives Grant, University of Vermont College of Medicine | 2002-2003 |

| | |
|---|---|
| Unrestricted Educational Grant, AstraZeneca Pharmaceuticals | 2003-2006 |
| Unrestricted Educational Grant, Pfizer Pharmaceuticals | 2004-2006 |
| NIH / GCRC [MO1RR109], University of Vermont GCRC Project Investigator | 2004-2006 |
| NIH / NHLBI [R01HL071944-01A1], Co-Investigator (P.I.: Ira Bernstein) | 2004-2009 |
| Harvard Catalyst SHRINE Query Prize, Co-Investigator (P.I.: Elizabeth Loder, Harvard) | 2012 |
| NIH / NINDS [1R37NS079678-01], Collaborator (P.I.: Rami Burstein, Harvard) | 2012 |
| Migraine Research Foundation / Association of Migraine Disorders, Grant | 2014 – 2016 |
| Cluster headache genetics, McGill University subcontract | 2015 – |

**Peer-Reviewed Publications:**

1) Miselis, R.R., **R.E. Shapiro**, P.J. Hand, Subfornical organ efferents to neural systems for control of body water. Science 205:1022-1025, (1979).

2) Miselis, R.R., T.M. Hyde, **R.E. Shapiro**, Area postrema and adjacent solitary nucleus in water and energy balance. Fed. Proc. [FASEB J] 43:2969-2971, (1984).

3) **Shapiro, R.E.,** R.R. Miselis, The central neural connections of the area postrema of the rat. J. Comp. Neurol. 234:344-364, (1985).

4) **Shapiro, R.E.,** R.R. Miselis, The central organization of the vagus nerve innervating the stomach of the rat. J. Comp. Neurol. 238:473-488, (1985).

5) Yang, L.J.-S., C.B. Zeller, N.L. Shaper, M. Kiso, A. Hasegawa, **R.E. Shapiro**, R.L. Schnaar, Gangliosides are neuronal ligands for myelin-associated glycoprotein. Proc. Natl. Acad. Sci. USA 93:814-818, (1996).

6) **Shapiro, R.E.**, C.D. Specht, B.E. Collins, A.S. Woods, R.J. Cotter, R.L. Schnaar, Identification of a ganglioside recognition domain of tetanus toxin using a novel ganglioside photoaffinity ligand. J. Biol. Chem. 272:30380-30386, (1997).

7) **Shapiro, R.E.**, J.W. Griffin, O.C. Stine, Evidence for genetic anticipation in the oculodentodigital syndrome. Am. J. Med. Genet. 71:36-41, (1997).

8) Boyadjiev S.A.*, E.W. Jabs, M. LaBuda, J.E. Jamal, T. Torbergsen, L.J. Ptáček, II, R. Curtis Rogers, R. Nyberg-Hansen, S. Opjordsmoen, C.B. Zeller, O.C. Stine, H.J. Stalker, R.T. Zori, **R.E. Shapiro***, Linkage analysis narrows the critical region for oculodentodigital syndrome to chromosome 6q22-q23. Genomics 58:34-40, (1999). (*Equal Contribution)

9) **Shapiro, R.E.**, B. Winters, M.A. Hales, T. Barnett, D.A. Schwinn, N.A. Flavahan, D.E. Berkowitz, Endogenous circulating sympatholytic factor in orthostatic intolerance. Hypertension 36:553-560, (2000).

10) Mao-Draayer, Y., S. Braff, K. Nagle, P. Penar, W. Pendlebury, **R.E. Shapiro**, Emerging patterns of diffusion-weighted imaging in Creutzfeldt-Jakob Disease: Case report and review of the literature. Am. J. Neuroradiol. 23:550-556, (2002).

11) Boyadjiev, S. A., A. B. Chowdry, **R.E. Shapiro**, A. E. Wandstrat, J. W. Choi, L. Kasch, G. Zhang, B. Wollnik, C.E. Burgess, M. Schalling, M. Lovett, E.W. Jabs, Physical map of the chromosome 6q22 region containing the oculodentodigital dysplasia locus: Analysis of twelve candidate genes and identification of novel cDNAs and SNPs. <u>Cytogenet. Genome. Res.</u>, 98:29-37, (2002).

12) Paznekas, W.A., S.A. Boyadjiev, **R.E. Shapiro**, O. Daniels, B. Wollnik, C.E. Keegan, J.W. Innis, M.B. Dinulos, C. Christian, M.C. Hannibal, E.W Jabs, Connexin 43 (GJA1) mutations cause the pleiotropic phenotype of oculodentodigital dysplasia. <u>Am. J. Hum. Genet.</u>, 72: 408-418, (2003).

13) Bernstein, I.M., **R.E. Shapiro**, A. Whitsel, A. Schonberg, Relationship of plasma volume to sympathetic tone in nulliparous women.  <u>Am. J. Obstet. Gynecol.</u> 188:938-942, (2003).

14) Damron, D.P., B. Bouchard, **R.E. Shapiro**, A.L. Schonberg, I.M. Bernstein, Platelet activation, sympathetic tone, and plasma volume in nulligravid women of reproductive age. <u>Obstet. Gynecol.</u> 103:931-936, (2004).

15) Damron, D.P., I.M. Bernstein, **R.E. Shapiro**, A.L. Schonberg, Uterine blood flow response to alpha-adrenergic blockade in nulligravid women of reproductive age. <u>J. Soc. Gynecol. Investig</u>. 11:388-392 (2004).

16) Xu, Y., Q.S. Padiath, **R.E. Shapiro**, S. Wu, N. Saigoh, K. Saigoh, C. Whitney, C.R. Jones, L.J. Ptáček, Y.-H. Fu, Functional consequences of a CK1δ mutation causing familial advanced sleep phase syndrome. <u>Nature</u> 434:640-644  (2005).

17) **Shapiro, R.E.**, Practice point commentary: Topiramate – effective for chronic migraine? <u>Nature Clinical Practice Neurology</u> 3:434-435. (2007).

18) Sun-Edelstein C., S.J. Tepper, **R.E. Shapiro**, Drug-induced serotonin syndrome: A review. <u>Exp Opin Drug Safety.</u> 7:587-596 (2008).

19) Schwedt, T., **R.E. Shapiro**, Funding of research on headache disorders by the National Institutes of Health. <u>Headache.</u> 49:162-169 (2009).

20) Ho, T.W., X. Fan, A. Rodgers, C.R. Lines, P. Winner, **R.E. Shapiro**, Age effects on placebo response rates in clinical trials of acute agents for migraine: Pooled analysis of rizatriptan trials in adults. <u>Cephalalgia.</u> 29:711-718 (2009).

21) Bernstein, I.M., D.P. Damron, A. Schonberg, **R.E. Shapiro**, The relationship of plasma volume, sympathetic tone and pro-inflammatory cytokines in young healthy non-pregnant women. <u>Reprod Sci</u> 16:980-985 (2009).

22) Connor, K. M., **R.E. Shapiro**, H.-C. Diener, S. Lucas, J. Kost, X. Fan, K. Fei, C. Assaid, C. Lines, T.W. Ho, Randomized, controlled trial of telcagepant for the acute treatment of migraine. <u>Neurology</u>. 73:970-977 (2009).

23) Evans, R.W., S.J. Tepper, **R.E. Shapiro**, C. Sun-Edelstein, G.E. Tietjen, The FDA alert on serotonin syndrome with use of triptans combined with selective serotonin reuptake inhibitors or selective

serotonin-norepinephrine reuptake inhibitors: American Headache Society Position Paper <u>Headache</u> 50:1089-1099 (2010).

24) Hale, S., M. Choate, A. Schonberg, **R. Shapiro**, G. Badger, I. M. Bernstein, Pulse pressure and arterial compliance prior to pregnancy and the development of complicated hypertension during pregnancy. <u>Reprod Sci</u> 17:871-877 (2010).

25) Schürks, M., P.M. Rist, **R.E. Shapiro**, T. Kurth, Migraine and Mortality: A systematic review and meta-analysis. <u>Cephalalgia</u> 31:1301-1314 (2011).

26) Brennan K.C.*, E.A. Bates*, **R.E. Shapiro**\*, J. Zyuzin, W.C. Hallows, Y. Huang, H.-Y. Lee, C.R. Jones, Y.-H. Fu, A.C. Charles, L.J. Ptáček, Casein kinase Iδ mutations in familial migraine and advanced sleep phase. <u>Sci Transl Med</u> 5:183ra56 (2013). (* *Equal contribution*)

27) Babi M.-A., T. Raleigh, **R.E. Shapiro**, J. McSherry, A. Applebee. NEURO-IMAGES: MRI and encephalography in fatal eastern equine encephalitis. <u>Neurology</u> 83:1483 (2014).

28) Schindler, E.A., C.H. Gottschalk, M.J. Weil, R.E. Shapiro, D.A. Wright, R.A. Sewell. Indoleamine hallucinogens in cluster headache: Results of the Clusterbusters medication use survey. <u>J Psychoactive Drugs</u> 47:372-81 (2015).

29) Babi M.-A., A. Applebee, **R.E. Shapiro,** W. Waheed. Syndrome of transient headache and neurologic deficits with cerebrospinal fluid lymphocytosis presenting as acute neurological emergencies. <u>Cephalalgia</u> 37:284-289 (2017).

30) Schroeder, R.A., J. Brandes, D.C. Buse, A. Calhoun, K. Eikermann-Haerter, K. Golden, R. Halker, J. Kempner, N. Maleki, M. Moriarty, J. Pavlovic, **R.E. Shapiro**, A. Starling, W.B. Young, R.A. Nebel. Sex and Gender Differences in Migraine-Evaluating Knowledge Gaps. <u>J Womens Health</u> 27:965-973 (2018).

31) Pearson, S.M., M.J. Burish, **R.E. Shapiro**, Y. Yan, L.I. Schor. Effectiveness of oxygen and other acute treatments for cluster headache: Results from the Cluster Headache Questionnaire, an international survey. <u>Headache</u> 59:235-249 (2019).

32) **Shapiro, R.E.,** H.M. Hochstetler, E.B. Dennehy, R. Khanna, E. Gautier Doty, P.H. Berg, A.J. Starling. Lasmiditan for Acute Treatment of Migraine in Patients with Cardiovascular Risk Factors: Two Phase 3 Trial Results. <u>J Headache Pain</u> 20:90 (2019).

33) Sprouse-Blum, A.S., B. Lavoie, M. Haag, S. Mawe, E.A. Tolner, A.M.J.M. van den Maagdenberg, S.-P. Chen, K. Eikermann-Haerter, A. Joutel, L. Ptáček, G.M. Mawe, **R.E. Shapiro**. No gastrointestinal dysmotility in transgenic mouse models of migraine. <u>Headache</u> 60:396-404 (2020).

34) Begasse de Dhaem, O., R. Burch, N. Rosen, K. Shubin Stein, E. Loder, **R.E. Shapiro**, Workforce gap analysis in the field of headache medicine in the United States. <u>Headache</u> 60:478-481 (2020).

35) Sprouse-Blum, A.S., Couperus, C., Rosen, B., Haskin-Leahy, L. **Shapiro, R.E.**. Familial "Diplegic" Migraine – Description of a Family with a Novel CACNA1A Mutation. <u>Headache</u> 60:600-606 (2020).

36) Szperka, C.L., J. Ailani, R. Barmherzig, B.C. Klein, M.T. Minen, R.B. Halker, **R.E. Shapiro.** Migraine Care in the Era of COVID-19: Clinical Pearls and Plea to Insurers. <u>Headache</u> 60:833-842 (2020).

37) Gvantseladze, K., T.P. Do, J. Møller Hansen, **R.E. Shapiro**, M. Ashina. The stereotypical image of a person with migraine according mass media. <u>Headache</u> 60:1465-1471 (2020).

38) Fuino, R., S. Raymond, **R.E. Shapiro**. Spontaneous Intracranial Hypotension caused by Thoracic Disc Disease. <u>Headache</u> 60:1830-1831 (2020).

39) **Shapiro, R.E.**, What will it take to move the needle for headache disorders?: An advocacy perspective. <u>Headache</u> 60:XX-XX (2020) *Published on-line 19 August 2020*.

40) Burish, M.J., Pearson, S.M., **R.E. Shapiro**, W. Zhang, L.I. Schor. Cluster Headache Is One of the Most Intensely Painful Human Conditions: Results From the International Cluster Headache Questionnaire. Headache. *In press.* 2020

41) Lipton RB, Loo LS, Buse DC, **Shapiro RE**, Reed ML, Nicholson RA, Zagar AJ, Kim Y, Doty EG, Li H, Pearlman EM. Characterization of Impact of Migraine-related Symptoms and Disability on Driving Behaviors: Results of the OVERCOME Study. *Under submission.*

42) Lipton, R.B., Nicholson, R.A., Araujo, A.B., Faries, D.E., Buse, D.C., **Shapiro, R.E.**, Ashina, S., Reed, M.L., Jaffe, D.H., Cambron-Mellott, M.J., Rowland, J.C., Zagar, A., Pearlman, E.M. Diagnosis, Consultation, Treatment, and Impact of Migraine in the US: Results of the observational survey of the epidemiology, treatment and care of migraine (OVERCOME) study. *Under submission.*

43) Gu, X., Sprouse-Blum, A.S., Maleki, N., **Shapiro, R.E.**, Chavarro, J., Kurth, T., Godley, F.A., Field, A.E.. Pregnancy-related risk factors and offspring's risk of migraine: an intergenerational study. *In preparation.*

44) Buse, D.C., Nicholson, R.A., Reed, M.L., **Shapiro, R.E.**, Ashina, S., Jaffe, D.H., Rowland, J.C., Cambron-Mellott, M., Mackie DS, Zagar, A., Doty E, Pearlman, E.M., Lipton, R.B.. Migraine care in the United States among those with ≥4 monthly headache days: Results of the OVERCOME Study. *In preparation.*

**Book Chapters:**

1) Miselis, R.R., T.M. Hyde, **R.E. Shapiro**, Disturbances in water balance control following lesions to the area postrema and adjacent solitary nucleus. in <u>The Physiology of Thirst and Sodium Appetite</u>, G. de Caro, A.N. Epstein, & M. Massi, (Eds.), Plenum, (1986).

2) Miselis, R.R., **R.E. Shapiro**, T.M. Hyde, The area postrema. in <u>Circumventricular Organs and Body Fluids</u> II:185-207, P. M. Gross (Ed.), CRC Press, (1986).

3) Miselis, R.R., M.L. Weiss, **R.E. Shapiro**, Modulation of the visceral neuraxis. in <u>Circumventricular Organs and Body Fluids</u> III:143-162, P.M. Gross (Ed.), CRC Press, (1986).

4) Hamill, R.W. **R.E. Shapiro**, Peripheral Autonomic Nervous System. in Primer on the Autonomic Nervous System, 2nd Ed., pp. 20-28, D. Roberston, I. Biaggoni, G. Burnstock, P.A. Low, (Eds.), Elsevier Academic Press, (2004).

5) **Shapiro, R.E.**, The Man with the Red Eye, in Advanced Therapy of Headache, 2nd Ed., pp. 311-315, R.A. Purdy, A.M. Rapoport, F.D. Sheftell, S.J. Tepper (Eds.), BC Decker, (2005).

6) Pereira Monteiro, J.M., S.J. Tepper, **R.E. Shapiro,** Headache associated with acute substance use or exposure. in The Headaches, 3rd Ed., pp. 959-969, J. Olesen, P. Tfelt-Hansen, K.M.A. Welch, P.J. Goadsby, N.M. Ramadan (Eds.), Lippincott Williams & Wilkins, (2005).

7) **Shapiro, R.E.**, Headache related to metabolic disorders, in Head, Neck and Facial Pain: A Case-based Handbook of Diagnosis, Management, and Prognosis, pp. 61-66, M. Levin, T. Ward, (Eds.), Anadem, (2006).

8) **Shapiro, R.E.**, Pathophysiology and genetics of migraine and cluster headache, in HCNE Comprehensive Review of Headache Medicine, pp. 21-38, M. Levin (Ed.), Oxford University Press, (2008).

9) Schwedt, T., **R.E. Shapiro**, Headache research in Europe and the United States. in Headache Care, Research, & Education Worldwide, Frontiers in Headache Research, pp. 57-63, J. Olesen, N. Ramadan, (Eds.), Oxford, (2010).

10) Hamill R.W., M.A. Vizzard, **R.E. Shapiro**, Peripheral Autonomic Nervous System. in Primer on the Autonomic Nervous System, 3rd Ed., pp. 17–26, D. Robertson, I. Biaggioni, G. Burnstock, P.A. Low, J.F.R. Paton (Eds.), Oxford: Academic Press, (2012).

11) Scrivani, S.J., **R.E. Shapiro**, Primary Headache Disorders. in Orofacial Pain: Guidelines for Assessment, Diagnosis and Management, 5th Ed., pp. 71-82, R. de Leeuw (Ed.), Quintessence Pub Co, Chicago, (2013).

12) **Shapiro, R.E.**, Pathophysiology and genetics of migraine and cluster headache. in Comprehensive Review of Headache Medicine, 2nd Edition, M. Levin (Ed.), Oxford University Press, (2021).

**Invited Articles / Reviews / Editorials / Letters / Commentaries:**

1) **Shapiro, R.E.,** Early Intervention for Migraine. Issues in Migraine, 3:19-20 (2004).

2) **Shapiro, R.E.**, Current Best Evidence: Commentary on "Topiramate for migraine prevention: a randomized controlled trial." J. Peds, 145:419-420 (2004).

3) **Shapiro, R.E.**, Corticosteroid treatment in cluster headache: evidence, rationale, and practice. Curr Pain Headache Rep 9:126-31, (2005).

4) **Shapiro, R.E.**, Caffeine and headache, HCNE Newsletter, 7:1-2 (2005).

5) **Shapiro, R.E.**, Headaches and caffeine, ACHE Patient Education Page, Headache, 45:9 (2005).

6) **Shapiro, R.E.**, Patent foramen ovale and migraine: Why the flap? Headache, 46:435-438 (2006).

7) **Shapiro, R.E.** & S.J. Tepper, The serotonin syndrome, triptans, and the potential for drug-drug interactions. Headache 47:266-269 (2007).

8) **Shapiro, R.E.,** Caffeine and headaches, Neurol. Sci., 28(Suppl 2):S179-S183 (2007).

9) Loder, E., P. Rizzoli, B. McGeeney, T. Ward, M. Levin, **R.E. Shapiro**, S. Tepper, L. Newman, F. Sheftell, A. Rapoport, H. Markley, Cluster headache treatment dilemmas: The experts respond. Curr Pain Headache Rep 11:141-147 (2007).

10) Applebee, A.M., **R.E. Shapiro**, Cluster-Migraine: Is there such a thing? Curr Pain Headache Rep 11:154-157 (2007).

11) **Shapiro, R.E.** NIH funding for research on headache disorders: Does it matter? Headache 47:993-995. (2007).

12) **Shapiro, R.E.,** P.F. Goadsby, The long drought: The dearth of public funding for headache research. Cephalalgia, 27:991–994 (2007).

13) **Shapiro, R.E.**, Caffeine and Headaches. Curr Pain Headache Rep 12:311-315 (2008).

14) Ho, T.W., K. M. Connor, **R.E. Shapiro**, H.-C. Diener, S. Lucas, J. Kost, X. Fan, K. Fei, C. Assaid, C. Lines, Randomized, controlled trial of telcagepant for the acute treatment of migraine: reply to letter. Neurology. 74:1007-1008 (2010).

15) Young WB, **R.E. Shapiro**, Disparities in NIH funding for epilepsy research. Neurology 78:292-294 (2012).

16) **Shapiro, R.E.**, How do migraine attacks stop? Headache 52:191-192 (2012).

17) Tepper S.J., **R.E. Shapiro**, C. Sun-Edelstein, R.W. Evans, G.E. Tietjen. Triptans and Serotonin Syndrome – A Response. Headache 52:1185-1188 (2012).

18) **Shapiro, R.E.** Practice Issues in Neurology: Migraine and Disability Rights. Continuum Lifelong Learning Neurol 18:900-904 (2012).

19) **Shapiro, R.E.** Preventive treatment of migraine. Headache 52;S2:65-69 (2012).

20) **Shapiro, R.E.** Lagniappe: The Impact of Headache Disorders in America. Headache 53:196-204 (2013).

21) Chai, N.C., **R.E. Shapiro**, A.M. Rapoport. Why does vomiting stop a migraine attack? Curr Pain Headache Rep 17:362 (2013).

22) Kurth, T., R.L. Rohmann, **R.E. Shapiro,** Migraine and risk of cardiovascular disease – Action to reduce risk is long overdue. BMJ Jan 31;360:k275. (2018).

23) Burish, M.J., Pearson, S.M., **R.E. Shapiro**, W. Zhang, L.I. Schor.  Letter – Oxygen as the optimal acute medication for cluster headache: a comment and additional validation step from the Cluster Headache Questionnaire. Headache *published on-line 15 September 2020*.

**On-line articles:**

1) **Shapiro, R.E.**, A young man with daily headaches and sinusitis. PriMed Online CME, (2005).

2) **Shapiro, R.E.**, A young woman with daily headaches and transient visual loss**.** PriMed Online CME, (2005).

3) **Shapiro, R.E.**, Serotonin Syndrome with Triptans: Facts vs. Fear. American Headache Society on-line (2009).

4) **Shapiro, R.E.**, R. Cowan, Caffeine: What you need to know. ACHE On-line Newsletter, on-line (2010).

**Multicenter Trial Publications (Site Investigator):**

1) Dodick, D, J. Brandes, A. Elkind, N. Mathew, L. Rodichok. Speed of onset, efficacy and tolerability of zolmitriptan nasal spray in the acute treatment of migraine: a randomised, double-blind, placebo-controlled study. CNS Drugs 19:125-136 (2005).

2) Brandes, J.L., D. Kudrow, S.R. Stark, C.P. O'Carroll, J.U. Adelman, F.J. O'Donnell, W.J. Alexander, S.E. Spruill, P.S. Barrett, S.E. Lener. Sumatriptan-naproxen for acute treatment of migraine: a randomized trial. JAMA 297:1443-1454 (2007).

**US Congressional Testimony:**

1) **Shapiro, R.E.**, *The Impact of Headache Disorders in America*. Hearing of the US Senate Committee on Health, Education, Labor, and Pensions: "Pain in America: Exploring Challenges to Relief"; February 14, 2012. Written submission.

2) **Shapiro, R.E.**, *Could Pain Research Have Prevented the Prescription Opioid Crisis?* Hearing of the US Senate Committee on the Judiciary: "Attacking America's Epidemic of Heroin and Prescription Drug Abuse"; January 27, 2016.  Written submission.

**Abstracts:**

1)  Miselis, R.R., T. Hyde, **R. Shapiro**, Thresholds for glucoprivic feeding and the hyperglycemic reflex induced by 3-oxymethylglucose., Abstr. 48th Ann. Meeting E. Psych. Assoc., p. 150, (1977).

2)  Miselis, R.R., **R.E. Shapiro**, P.J. Hand, Subfornical organ and supraoptic nucleus afferent connections and their implications in the control of water balance., Soc. Neurosci. Abstr. 4:179, (1978).

3)  **Shapiro, R.E.** R.R. Miselis, Confirmation of the subfornical organ projection to the supraoptic nucleus in the rat., <u>Anat.</u> <u>Rec.</u> 190:538, (1978).

4)  Eng. R., **R.E. Shapiro**, R.R. Miselis, Vagal afferents to the area postrema/caudal medial nucleus of the solitary tract important for food intake and body weight: an HRP study., <u>Soc.</u> <u>Neurosci.</u> <u>Abstr.</u> 8:273, (1982).

5)  **Shapiro, R.E.,** R.R. Miselis, An efferent projection from the area postrema and the caudal medial nucleus of the solitary tract to the parabrachial nucleus in the rat., <u>Soc.</u> <u>Neurosci.</u> <u>Abstr.</u> 8:269, (1982).

6)  Miselis, R.R., T.M. Hyde, **R.E. Shapiro**, R. Eng, Energy balance under the control of the area postrema and abdominal visceral afferents of the vagus., <u>Appetite:</u> <u>J.</u> <u>Intake Res.</u> 4:209, (1983).

7)  Miselis, R.R., **R.E. Shapiro**, Dorsal motor nucleus neurons have extensive dendrites penetrating the nucleus of the solitary tract., <u>Fed.</u> <u>Proc.</u> 42:1125, (1983).

8)  **Shapiro, R.E.,** R.R. Miselis, Dendrites of the dorsal motor nucleus innervate the nucleus of the solitary tract in rat., <u>Proc.</u> <u>Internat.</u> <u>Union</u> <u>Physiol.</u> <u>Sci.</u> XV:455, (1983).

9)  **Shapiro, R.E.,** R.R. Miselis, Organization of gastric efferent and afferent projections within the dorsal medulla oblongata in rat., <u>Anat.</u> <u>Rec.</u> 205:182A, (1983).

10) **Shapiro, R.E.,** R.R. Miselis, Neural connections of the rat area postrema., <u>Appetite:</u> <u>J.</u> <u>Intake</u> <u>Res.</u> 4:224, (1983).

11) Weiss, M.L., **R.E. Shapiro**, R.R. Miselis, Subfornical organ (SFO) connectivity examined using cholera-toxin horseradish peroxidase conjugate., <u>Soc.</u> <u>Neurosci.</u> <u>Abstr.</u> 10:609, (1984).

12) Pugh, W.W., **R.E. Shapiro**, J.F. Lee, Central connections of acupuncture point Tsu-San-Li/high threshold muscle afferents in the rat., <u>Anat.</u> <u>Rec.</u> 214:104A, (1986).

13) Reiner, P.B., **R.E. Shapiro**, R.R. Miselis, S.R. Vincent, Subnuclear organization of the nucleus of the tractus solitarius: immunohistochemical and tract-tracing studies., <u>Anat.</u> <u>Rec.</u> 214:106A, (1986).

14) **Shapiro, R.E.,** R.L. Schnaar, Ganglioside binding molecules of rat skeletal muscle. <u>Soc. Neurosci. Abstr.</u> 18:1327, (1992).

15) Schnaar, R.L., **R.E. Shapiro**, L.K. Needham, J.A. Mahoney, M. Tiemeyer, Binding proteins for gangliosides and related glycosphingolipids in nerve and muscle., <u>Rinshoken Internat. Confer.</u> p.15, (1993).

16) **Shapiro, R.E**., C.D. Specht, R.L. Schnaar, Purification of ganglioside-binding proteins from rat skeletal muscle cytosol., <u>Soc. Neurosci. Abstr.</u> 20:709, (1994).

17) **Shapiro, R.E**., A.L. Oaklander, M.A. Hales, N.A. Flavahan, Endogenous sympatholytic activity in the plasma of a patient with sympathotonic orthostatic hypotension., <u>Ann.</u> <u>Neurol.</u> 38:318, (1995).

18.) Yang, L. J.-S., C.B. Zeller, N.L. Shaper, M. Kiso, A. Hasegawa, **R.E. Shapiro**, R.L. Schnaar, Gangliosides are neuronal ligands for myelin-associated glycoprotein. Satellite Symposium on Sphingo(glyco)lipid function, 8/26/95, Port Ludlow, WA.

19.) Yang, L. J.-S., C.B. Zeller, N.L. Shaper, M. Kiso, A. Hasegawa, **R.E. Shapiro**, R.L. Schnaar, Gangliosides are neuronal ligands for myelin-associated glycoprotein. Mol. Biol. Cell 6:1902 Suppl. S, (1995).

20.) **Shapiro, R.E.**, D.E. Berkowitz, A.L. Oaklander, M.A. Hales, D.A. Schwinn, N.A. Flavahan, Circulating factors antagonize $\alpha_{1b}$ adrenoreceptors in a patient with sympathotonic orthostatic hypotension., Clin. Autonom. Res. 5:319, (1995).

21.) **Shapiro, R.E.**, G.T. Joseph, W.E. Royal, M. Strand, Nervous system infection by *Schistosoma mansoni*: Assessment by antigen-capture ELISA., Neurology 46:A395, (1996).

22.) **Shapiro, R.E.**, D.E. Berkowitz, A.L. Oaklander, M.A. Hales, D.A. Schwinn, N.A. Flavahan, Circulating factors antagonize $\alpha_{1b}$ adrenergic receptors (ARs) in a patient with sympathotonic orthostatic hypotension: a human $\alpha_1$ AR selective "knockout". Annual Meeting of the Association of University Anesthesiologists, Boston, MA, May 19 1996.

23.) Zeller, C.B., R.L. Schnaar, **R.E. Shapiro**, A polymerase chain reaction (PCR) - based approach to the search for novel cholinergic-specific I-type lectins in brain., Soc. Neurosci. Abstr. 22:1983, (1996).

24.) Bassett, D.E. Jr., M.S. Boguski, **R.E. Shapiro**, M. Geraghty, D. Valle, S.J. Gould, P. Hieter, Identification of candidate genes for human diseases using Positional Motif Scanning (PosiMS) and genomic homology probing., (Genome Mapping & Sequencing, Cold Spring Harbour Laboratories, Cold Spring Harbor, NY, May 14-18 1997).

26) Boyadjiev, S.A., **R.E. Shapiro**, A. Wandstrat, J.E. Jamal, M. LaBuda, T. Torbergsen, L.J. Ptáček, R.C. Rogers, R. Nyberg-Hansen, S. Opjordsmoen, C.B. Zeller, O.C. Stine, H.J. Stalker, R.T. Zori, M. Lovett, E.W. Jabs, Oculodentodigital dysplasia – clinical update and positional cloning effort, (presented at the 49th Annual Meeting of the American Society of Human Genetics, San Francisco, October 19 - 23, 1999).

27) **Shapiro R.E.**, W. Waheed, K. Nagle. A novel familial syndrome of migraine with aura, flushing spells, myalgias, asthma, and the advanced sleep phase syndrome. Cephalalgia 19:424, (1999).

28) **Shapiro, R.E.**, W. Waheed, A novel familial syndrome of migraine with aura and congenital nystagmus. Cephalalgia 20:371, (2000).

29) Bernstein, I., **R. Shapiro**, A. Whitsel, A. Schonberg, Prepregnancy plasma volume and sympathetic function: a possible predisposition to preeclampsia. (presented at the Annual Meeting of the Society for Gynecologic Investigation, Toronto, March 14 - 17, 2001).

30) Boyadjiev, S.A., **R.E. Shapiro**, A. Wandstrat, J.E. Jamal, J. Choi, A.B. Chowdry, M. LaBuda, M. Lovett, C. Burgess, M. Schalling, E.W. Jabs, Oculodentodigital dysplasia–clinical update and positional

cloning effort. (presented at the Annual Meeting of the American College of Medical Genetics, Miami, March 1-4, 2001).

31) Boyadjiev, S.A., **R.E. Shapiro**, A. Wandstrat, A.B. Chowdry, J.W. Choi, M. LaBuda, M. Lovett, C. Burgess, M. Schalling, E.W. Jabs, Genetic Studies of Oculodentodigital dysplasia. Eur. J. Hum. Genet. 9 (sup 1):1518, (2001).

32) **Shapiro, R.E.**, Chronic cluster headache associated with a contralateral hypothalamic cyst. Headache 42:412, (2002).

33) Bernstein, I.M., **R. Shapiro**, A. Whitsel, A. Schonberg, Plasma volume and sympathetic Tone in nulligravid women. Hypertension in Pregnancy 21:67, (2002).

34) Damron, D., A. Schonberg, **R. Shapiro**, I.M. Bernstein. Uterine blood flow response to alpha-adrenergic blockade. J Soc Gynecol Invest 10:77A, (2003).

35) Bernstein, I.M., A. Schonberg, **R. Shapiro**. Vascular permeability and sympathetic tone in nulligravidas. J Soc Gynecol Invest 10:167A, (2003).

36) Bernstein, I.M., A. Schonberg, **R. Shapiro**, K. Ward. Vascular permeability, plasma volume, and angiotensinogen genotype. J Soc Gynecol Invest 10:316A, (2003).

37) **Shapiro, R.E.**, J.A. Pesa, M.J. Lage, Quantifying the Burden of Migraine and Comorbid Mental Disorders in Adults and Children: Results from a Case-Control Study. Cephalalgia 23:571-572, (2003).

38) **Shapiro, R.E.**, J. Pesa, D. McDonnell, M.L. Chatterton, Impact of Migraine and Concomitant Anxiety on Economic and Quality of Life Measures. Cephalalgia 23:581-582, (2003).

39) Damron, D., R. Sallam, I.M. Bernstein, **R. Shapiro**, A. Schonberg, Markers of inflammation and sympathetic tone in nulligravid women. Am J Obstet Gynecol 189:S85A, (2003).

40) Bernstein, I.M., D. Damron, **R. Shapiro**, & A. Schonberg, Physiologic predictors of pulse pressure prior to pregnancy. Am J Obstet Gynecol 189:S104A, (2003).

41) Fu, Y.-H., Y. Xu, Q. Padiath, **R.E. Shapiro**, C.R. Jones, L.J. Ptáček, A mutation in casein kinase 1δ causes familial advanced sleep phase syndrome and alters kinase activity and substrate recognition. Neurology 64 (suppl 1):A3 (2005).

42) Brennan, K.C., **R.E. Shapiro**, Y. Xu, Y.-H. Fu, L.J. Ptáček, A.C. Charles, Alterations in cortical spreading depression in a transgenic mouse carrying a novel potential migraine gene. Cephalalgia 26:1383 (2006).

43) Ho, T.W., X. Fan, A. Rodgers, P. Winner, **R.E. Shapiro**, Age effects on placebo response rates in clinical trials of acute agents for migraine: Meta-analysis of rizatriptan trials in adults. Headache 47:763 (2007).

44) Bernstein, I.M., A. Schonberg, **R. Shapiro**, B. Bouchard, A. Segal, Angiotensin II, angiotensin [1-7] and

their relationship to non-pregnant plasma volume. Reprod Sci 14 (suppl 1):112A (2007).

45) Bernstein, I.M., A. Schonberg, **R. Shapiro**, B. Bouchard, A. Segal, 24 hour urinary protein levels prior to and during a first pregnancy. Reprod Sci 14 (suppl 1):211A (2007).

46) Bernstein, I.M., A. Schonberg, B. Bouchard, A. Segal, **R. Shapiro**, Prepregnancy plasma volume predicts early pregnancy plasma volume . Reprod Sci 14 (suppl 1):270A (2007).

47) Bernstein, I.M., A. Schonberg, B. Bouchard, A. Segal, **R. Shapiro**, Prepregnancy maternal uric acid concentration correlates with body mass index but not renal function or plasma volume. Reprod Sci 14 (suppl 1):273A (2007).

48) Schwedt, T.J., **R.E. Shapiro**, National Institutes of Health Funding of Research on Headache Disorders. Headache 48:S2 (2008).

49) Loder E., P. Rizzoli, **R. Shapiro**, Access to Headache Care in the United States: A National and State-by-State Report Card. Headache 48:S3 (2008).

50)  Ptáček, L.J., **R.E. Shapiro**, E. Bates, K.C. Brennan, Y. Xu, A.I. Basbaum, Y.-H. Fu & A. Charles, A CK1δ mutation causes migraine with aura. Ann. Neurol. 64(suppl 12):S28 (2008).

51) Connor, K.M., **R.E. Shapiro**, H.-C. Diener, S. Lucas, J. Kost, X. Fan, C. Assiad, T.W. Ho, Efficacy and Safety of MK-0974, a Novel Oral CGRP Receptor Antagonist, for Acute Migraine Attacks. Cephalalgia 29:123 (2009).

52) Ho, T.W., K.M. Connor, M. Ferrari, D.W. Dodick, **R.E. Shapiro**, H.-C. Diener, S. Lucas, V. Galet, J. Kost, X. Fan, H. Leibensperger, S. Froman, K. Fei, C. Assaid, C. Lines, H. Koppen, P. Winner, Clinical profile of the novel oral CGRP receptor antagonist telcagepant for the acute treatment of migraine in two phase 3 randomized controlled trials. Neurology 72(suppl 3):A250 (2009).

53) Bernstein, I.M., M. Choate, S. Hale, G.J. Badger, **R. Shapiro**. Uterine Blood Flow is Not Associated with Baseline Indices of Sympathetic Activity Prior to Pregnancy. Reprod Sci 17(suppl 3):128A  (2010).

54) Hale, S., M. Choate, A. Schonberg, G.J. Badger, **R. Shapiro**, I.M. Bernstein. Pulse Pressure, Mean Arterial Pressure and Arterial Compliance Prior to Pregnancy and the Development of Hypertensive Complications of Pregnancy. Reprod Sci 17(suppl 3):131A-132A  (2010).

55) Bates, E.A., K.C. Brennan, A.C. Charles, **R.E. Shapiro**, L.J. Ptáček. A CK1 delta mutation in familial migraine with aura alters behavior related to migraine and brain physiology. J Headache Pain 11 (Supp 1):S6 (2010).

56) Brennan K.C., E.A. Bates, **R.E. Shapiro**, J. Zyuzin, W.C. Hallows, H.-Y. Lee, C.R. Jones, Y.-H. Fu, A.C. Charles, L.J. Ptáček. Casein Kinase 1δ Mutations in Familial Migraine with Aura. Headache 52:863 (2012).

57) Monteith, T.M., P.J. Goadsby, **R.E. Shapiro**. Eliminating the Burden of Chronic Migraine and Posttraumatic Headache in Military and Civilian Populations. Headache 52:1055 (2012).

58) **Shapiro, R.E.**, P.B. Reiner. Stigma towards migraine. <u>Cephalalgia</u> 33(8 Supp):17 (2013).

59) Babi M.-A., T. Raleigh, **R.E. Shapiro**, J. McSherry, A. Applebee. Magnetic Resonance Imaging and Electroencephalographic Characteristics in Two Fatal Cases of Eastern Equine Encephalitis (EEE). <u>Neurology</u> 82(Suppl P4):315 (2014).

60) Schindler, E.A., C.H. Gottschalk, M.J. Weil, **R.E. Shapiro**, D.A. Wright, A. Sewell. Medication use in the treatment of cluster headache: results of the online Clusterbuster survey. <u>Headache</u> 54:1421 (2014).

61) **Shapiro, R.E.**, N.S. Fitz, R.B. Lipton, P.B. Reiner. EHMTI-0313. Factors influencing stigma towards persons with migraine. <u>J Headache and Pain</u> 15(Suppl 1):E36 (2014).

62) **Shapiro, R.E.**, N.S. Fitz, R.B. Lipton, P.B. Reiner. Socio-demographic and individual characteristics associated with stigmatizing attitudes towards people with migraine. <u>Headache</u> 55:259-260 (2015).

63) Sprouse-Blum, A.S., B. Lavoie, E.A. Tolner, A.M.J.M. van den Maagdenberg, S.-P. Chen, K. Eikermann-Haerter, L. Ptáček, G.M. Mawe, **R.E. Shapiro**. Gastrointestinal Motility in Familial Hemiplegic Migraine Mice. <u>J Headache and Pain</u> 17(Suppl 1) (2016).

64) **Shapiro, R.**, N. Fitz, R. Lipton, P. Reiner. The Stigma of Migraine. <u>Neurologia (Greece)</u> 26:23 (2017).

65) **Shapiro, R.**. Medication overuse headache (MOH) can be treated with preventive medications without detoxification – No. <u>Polski Przeglad Neurologiczny</u> 14(Suppl A):34 (2018).

66) Hochstetler, H.M., E.B. Dennehy, R. Khanna, E. Gautier Doty, P.H. Berg, A.J. Starling, **R.E. Shapiro**. Safety and Efficacy of Lasmiditan in Patients with Cardiovascular Risk Factors: Results from Two Phase 3 Trials for Acute Treatment of Migraine. <u>Euro J. Neurol</u>. 26 (Supp 1):67 (2019).

67) Burish, M.J., Pearson, S.M., **R.E. Shapiro**, Y. Yan, L.I. Schor Cluster Headache Is One of the Most Painful Human Conditions: Epidemiology of Cluster Headache and Probable Cluster Headache from a Large International Sample. <u>Headache</u> 59 (Supp 1):55 (2019).

68) Lipton, R.B., Araujo, A.B., Nicholson, R.A., Faries, D.E., Buse, D.C., **Shapiro, R.E.**, Ashina, S., Reed, M.L., Jaffe, D.H., Cambron-Mellott, M., Li, V.W., Zagar, A., Pearlman, E.M. Patterns of Diagnosis, Consultation, and Treatment of Migraine in the US: Results of the OVERCOME Study. <u>Headache</u> 59 (Supp 1):2-3 (2019).

69) Lipton RB, Araujo AB, Nicholson RA, Faries DE, Buse DC, **Shapiro RE**, Ashina S, Reed ML, Jaffe DH, Cambron-Mellott MJ, Li VW, Zagar A, Pearlman EM. Patterns of diagnosis, consultation, and treatment of migraine in the US: Results of the OVERCOME study. Diamond Headache Clinic Research & Educational Foundation; 25-28 Jul 2019; Lake Buena Vista, FL, USA 2019

70) Ashina, S., Foster, S.A., Nicholson, R.A., Araujo, A.B., Reed, M.L., **Shapiro, R.E.**, Buse, D.C., Jaffe, D.H., Cambron-Mellott, M., Li, V.W., Zagar, A., Pearlman, E.M, Lipton, R.B.. Opioid Use Among People with Migraine: Results of the OVERCOME Study. <u>Headache</u> 59 (Supp 1):11 (2019).

71) Ashina S, Foster SA, Nicholson RA, Araujo AB, Reed ML, **Shapiro RE**, Buse DC, Jaffe DH, Cambron-Mellott MJ, Li VW, Zagar A, Pearlman, EM, Lipton RB. Opioid use among people with migraine: Results of the OVERCOME study. PAINWeek 2019; 3-9 Sep 2019; Las Vegas, NV, USA

72) **Shapiro, R.E.**, Araujo, A.B., Nicholson, R.A., Reed, M.L., Buse, D.C., Ashina, S., Jaffe, D.H., Cambron-Mellott, M., Li, V.W., Zagar, A., Pearlman, E.M, Lipton, R.B.. Stigmatizing Attitudes About Migraine by People Without Migraine: Results of the OVERCOME Study. Headache 59 (Supp 1):14-16 (2019).

73) **Shapiro RE**, Araujo AB, Nicholson RA, Reed ML, Buse DC, Ashina S, Jaffe DH, Cambron-Mellott MJ, Li VW, Zagar A, Pearlman EM, Lipton RB. Stigmatizing attitudes about migraine by people without migraine: Results of the OVERCOME study. Diamond Headache Clinic Research & Educational Foundation; 25-28 Jul 2019; Lake Buena Vista, FL, USA 2019

74) Buse, D.C., Nicholson, R.A., Araujo, A.B., Reed, M.L., **Shapiro, R.E.**, Ashina, S., Jaffe, D.H., Cambron-Mellott, M., Li, V.W., Zagar, A., Doty, E. Gautier, Pearlman, E.M, Lipton, R.B.. Migraine Care Across the Healthcare Landscape in the United States Among Those with ≥4 Migraine Headache Days Per Month: Results of the OVERCOME Study. Headache 59 (Supp 1):16-17 (2019).

75) Buse DC, Nicholson RA, Araujo, AB, Reed, ML, **Shapiro RE**, Ashina S, Jaffe DH, Cambron-Mellott MJ, Li VW, Zagar A, Doty EG, Pearlman EM, Lipton RB. Migraine care across the healthcare landscape in the United States among those with ≥4 migraine headache days per month: Results of the OVERCOME study. Diamond Headache Clinic Research & Educational Foundation; 25-28 Jul 2019; Lake Buena Vista, FL, USA 2019

76) Lipton, R.B., Pohl, G.M., Araujo, A.B., Nicholson, R.A., Buse, D.C., **Shapiro, R.E.**, Ashina, S., Reed, M.L., Jaffe, D.H., Cambron-Mellott, M., Li, V.W., Zagar, A., Doty, E. Gautier, Pearlman, E.M.. Who Is Eligible for Novel Medications Designed for the Acute Treatment of Migraine and What Are Their Unmet Needs? Results of the OVERCOME Study. Headache 59 (Supp 1):57-58 (2019).

77) Reed, M.L., Araujo, A.B., Nicholson, R.A., Faries, D.E., Buse, D.C., **Shapiro, R.E.**, Ashina, S., Jaffe, D.H., Cambron-Mellott, M., Li, V.W., Zagar, A., Doty, E. Gautier, Pearlman, E.M., Lipton, R.B.. Symptom Patterns, Disability, and Physician Visits Among a US Sample of People with Migraine: Results of the OVERCOME Study. Headache 59 (Supp 1):59-60 (2019).

78) Buse DC, Kovacic AJ, Nicholson RA, Doty EG, Araujo AB, Ashina S, Reed ML, **Shapiro RE**, Kim Y, Lipton RB. Acute Treatment Optimization Influences Disability and Quality of Life in Migraine: Results of the ObserVational survey of the Epidemiology, tReatment and Care Of MigrainE (OVERCOME) study Abstract submitted to American Academy of Neurology 2020 Annual Meeting

79) Lipton RB, Loo LS, Araujo AB, Nicholson RA, Zagar AJ, Kim Y, Doty EG, Li H, Buse DC, **Shapiro RE**, Reed ML, Pearlman EM. Migraine and Functional Impairment Associated with Driving: Results of the OVERCOME Study. Abstract submitted to American Academy of Neurology 2020 Annual Meeting.

80) Lipton RB, Nicholson RA, Reed ML,  Buse DC, Vargas BB, **Shapiro RE**, Hutchinson S, Ashina S, Samaan K, Zagar AJ, Kim Y, Pearlman EM. Characteristics of Individuals with Migraine Who are

Eligible for Novel CGRP Monoclonal Antibodies: Results of the OVERCOME Study. Headache 60 (Supp 1):126-127 (2020).

81) **RE. Shapiro**, Samaan KH, Nicholson RA, Zagar AJ, Kim Y, Buse DC, Ashina S, Reed ML, Vargas BB, Hutchinson S, Lipton RB. CGRP Monoclonal Antibody Use and Patient-Reported Improvement of Migraine: Results of the OVERCOME Study. AMCP Nexus 10/2020.

82) Buse DC, Schuh K, Nicholson RA, Reed ML, Kim Y, Zagar AJ, Vargas BB, **Shapiro RE**, Ashina S, Hutchinson S, Lipton RB. Patients' Reasons for Starting, Switching, and Stopping CGRP Targeted Monoclonal Antibodies: Results of the OVERCOME Study. AMCP Nexus 10/2020.

83) **RE. Shapiro**, Samaan KH, Nicholson RA, Zagar AJ, Kim Y, Buse DC, Ashina S, Reed ML, Vargas BB, Hutchinson S, Lipton RB. CGRP Monoclonal Antibody Use and Patient-Reported Improvement of Migraine: Results of the OVERCOME Study. Migraine Trust Virtual Symposium 10/2020.

84) Buse DC, Schuh K, Nicholson RA, Reed ML, Kim Y, Zagar AJ, Vargas BB, **Shapiro RE**, Ashina S, Hutchinson S, Lipton RB. Patients' Reasons for Starting, Switching, and Stopping CGRP Targeted Monoclonal Antibodies: Results of the OVERCOME Study. Migraine Trust Virtual Symposium 10/2020.

**Invited Lectures (partial list since 1998):**

*International:*

| | | |
|---|---|---|
| Migraine Innovators III | | |
| | Bruges, Belgium | 3/16/2003 |
| Biennial Meeting: XI Congress of the International Headache Society | | |
| | International Headache Society, Rome, Italy | 9/14/2003 |
| Migraine Innovators IV | | |
| | Madrid, Spain | 3/13/2004 |
| Annual Meeting: American Headache Society, | | |
| | Vancouver, British Columbia, Canada | 6/10/2004 |
| Symposium: VII International Formation Course on Headache | | |
| | Società Italiana per lo Studio delle Cefalee, Sorrento, Italy | 4/5/2007 |
| Symposium: V Seminario Clinico: Focus on Primary Headaches: Recent Advances in Mechanisms and | | |
| | Management, Associazione per la Ricerca sulle Cefalee, Stresa, Italy | 5/26/2007 |
| Annual Meeting: Southern Clinical Neurological Society | | |
| | Ixtapa, Mexico | 1/24/2008 |
| Full-Day Course: Headaches in Adults | | |
| | American Academy of Neurology, Toronto, Ontario, Canada | 4/12/2010 |
| Symposium: International Headache Society, Headache Masters School | | |
| | International Headache Society, São Paulo, Brazil | 9/14/2011 |
| Symposium: XXV Congresso Brasileiro de Cefaleia | | |
| | Sociedade Brasileira de Cefaleia, São Paulo, Brazil | 9/15/2011 |
| Symposium: 5th World Congress on Controversies in Neurology (CONy) | | |
| | Beijing, China | 10/14/2011 |
| Symposium: 7th World Congress on Controversies in Neurology (CONy) | | |
| | Istanbul, Turkey | 4/12/2013 |
| Biennial Meeting: 16th Congress of the International Headache Society | | |

|                                                                                          |            |
|------------------------------------------------------------------------------------------|------------|
| International Headache Society, Boston, MA                                                | 6/30/2013  |

Symposium: 10th World Congress on Controversies in Neurology (CONy)
        Lisbon, Portugal                                                           3/18/2016

Symposium: 11th World Congress on Controversies in Neurology (CONy)
    Athens, Greece            3/24/2017

Global Patient Advocacy Summit: 18th Congress of the International Headache Society
    International Headache Society, Vancouver, BC, Canada     9/6/2017

Symposium: 12th World Congress on Controversies in Neurology (CONy)
    Warsaw, Poland     3/23/2018

Symposium: 13th World Congress on Controversies in Neurology (CONy)
    Madrid, Spain     4/6/2019

Conference: 5th Congress of the European Academy of Neurology
    Oslo, Norway     6/30/2019

Conference: World Headache and Migraine Alliance Congress
    Dublin, Ireland     9/7/2019

*United States- National:*

Symposium: CFS Assessment, Immunological Aspects of CFS,
    CFIDS Association, Bethesda, MD     10/22/2001

Continuing Education Seminar: GlaxoSmithKline Pharmaceuticals,
    Research Triangle Park, NC     3/7/2002

Continuing Education Lecture:
    Pri-Med Update, Independence, OH     2/7/2003

Annual Meeting: Alabama Academy of Neurology,
    Birmingham, AL     5/10/2003

Continuing Education Lecture:
    Headache Update 2003, Orlando, FL     7/16/2003

Continuing Education Lecture:
    Pri-Med Update, Philadelphia, PA     6/12/2004

Research Seminar
    Department of Neurology, UCSF, San Francisco, CA     1/6/2005

Symposium / Public Debate: Patent Foramen Ovale and Migraine
    American Academy of Neurology, San Diego, CA     4/7/2006

Symposium: American Academy of Orofacial Pain, Headache Precourse
    Headache Cooperative of New England, Las Vegas, NV     4/272006

Grand Rounds: Department of Psychiatry and Behavioral Sciences
    Rosalind Franklin University, North Chicago, IL     9/27/2007

Symposium: First Annual HCOP Headache Meeting
    Headache Cooperative of the Pacific, Ojai, CA     2/9/2008

Symposium: 7th Annual Headache Research Summit
    National Headache Foundation, Chicago, IL     10/16/2009

Symposium: NIH and AHS Collaborations
    American Headache Society Annual Meeting, Washington, DC     6/5/2011

Symposium: Fifth Annual HCOP Headache Meeting
    Headache Cooperative of the Pacific, Ojai, CA     1/27-28/2012

Lecture: Harold G. Wolff Lecture
    American Headache Society Annual Meeting, Los Angeles, CA     6/22/12

Symposium: Third Annual CME Meeting of the Southern Headache Society: Headache 2013
                Southern Headache Society, Orlando, FL                 9/21/2013
Webinar – Panelist: Shifting Paradigms in Migraine Science
                Pain Research Forum                 4/17/2014
Grand Rounds: Department of Neurology
                Stanford University School of Medicine, Palo Alto,CA       4/18/2014
Annual Meeting: Hot Topics in Headaches and Related Disorders, Symposium
                American Academy of Neurology, Washington, DC       4/19/2015
Grand Rounds: Visiting Professor, Department of Neurology
                University of Pittsburgh School of Medicine, Pittsburgh, PA    6/24/2015
Conference: 10th Clusterbusters Annual Conference
                Chicago, IL                 9/18-19/15
Symposium: Scottsdale Headache Symposium
                American Headache Society                 11/17-20/16
Grand Rounds: Visiting Professor, Department of Neurology
                University of Rochester School of Medicine, Rochester, NY    3/10/2017
Symposium: Fifth Annual Conference American Headache and Migraine Association
                Boston, MA                 6/11/17
Conference: 12th Clusterbusters Annual Conference
                Chicago, IL                 9/15-16/17
Symposium: Sex and Gender Differences in Migraines, Society for Women's Health Research
   Washington, DC                 10/2/17
Symposium: Scottsdale Headache Symposium
                American Headache Society                 11/17/18
Migraine World Summit Live
                Los Angeles, CA                 3/19/19
Symposium: Shut the Door on Stigma, Coalition for Headache and Migraine Patients
                Washington, DC                 4/23-24/19
Conference: Bust Stigma, Boost Awareness, Miles for Migraine
                Philadelphia, PA                 5/3/19
Conference: National Organization of Social Security Claims Representatives
                Washington, DC                 6/18/19
Conference: American Headache Society 61st Annual Scientific Meeting
                Philadelphia, PA                 7/13/2019
Conference: Southern Headache Society 9th Annual Scientific Meeting
                Nashville, TN                 9/20-21/2019
Symposium: Scottsdale Headache Symposium
                American Headache Society                 11/24/19
Symposium: 13th Annual Headache Cooperative of the Pacific (HCOP) Meeting
                Ojai, CA                 1/24/2020
Conference: Migraine Science Collaborative, Association of Migraine Disorders
                on-line                 3/29/2020
Conference: Education Day, Miles for Migraine
                on-line                 5/9/2020
Conference: 15th Clusterbusters Annual Conference
                on-line                 9/12/20

*United States- Northeast regional:*

| | |
|---|---|
| Grand Rounds: Department of Medicine | |
| Northwest Hospital Medical Center, St. Albans, VT | 10/27/1998 |
| Grand Rounds: Department of Medicine | |
| Nathaniel Littauer Hospital, Amsterdam, NY | 4/9/1999 |
| Symposium: Neurology for the Primary Care Provider, Review Course | |
| Department of Neurology, University of Vermont, Burlington, VT | 8/23/1999 |
| Grand Rounds: Department of Medicine | |
| Northern Vermont Regional Hospital, St Johnsbury, VT | 10/14/1999 |
| Symposium: Vermont Family Practice Review Course | |
| Department of Family Practice, UVM, Burlington, VT | 6/8/2000 |
| Fall Educational Seminar: Community Care Physicians, P.C. | |
| Albany, NY | 10/5/2000 |
| Symposium: Cutting Edge in Headache Treatment | |
| Headache Cooperative of New England, Teaneck, NJ | 11/11/2000 |
| Symposium: The Triptans: Old and New, | |
| Headache Cooperative of New England, Stowe, VT | 3/2-3/2001 |
| Annual Meeting: Adirondack Society of Physician Assistants, | |
| Lake Placid, NY | 3/8/2001 |
| Grand Rounds: Department of Medicine, | |
| Central Vermont Hospital, Barre, VT | 6/7/2001 |
| Symposium: Neurology for the Primary Care Provider, Review Course | |
| Department of Neurology, University of Vermont, Burlington, VT | 8/20/2001 |
| Symposium: The Art and Science of Headache Treatment, | |
| Headache Cooperative of New England, Old Greenwich, CT | 10/6/2001 |
| Grand Rounds: Department of Medicine, | |
| Champlain Valley Physicians Hospital, Plattsburgh, NY | 10/12/2001 |
| Annual Meeting: New England College Health Association, | |
| Burlington, VT | 11/2/2001 |
| Symposium: The Art and Science of Headache Treatment, | |
| Headache Cooperative of New England, Boston, MA | 11/10/2001 |
| Symposium: Management of Headache in Women, Children, and Adolescents, | |
| Headache Cooperative of New England, Stowe, VT | 3/1-2/2002 |
| Annual Meeting: Vermont Pharmacy Association, | |
| Montpelier, VT | 4/28/2002 |
| Symposium: Vermont Family Practice Review Course | |
| Department of Family Practice, UVM, Burlington, VT | 6/19/2002 |
| Symposium: Advances in Headache Diagnosis and Treatment, | |
| Headache Cooperative of New England, Boston, MA | 10/26/2002 |
| Continuing Education Seminar | |
| Vermont Pharmacy Association, Winooski, VT | 3/30/2003 |
| Continuing Education Lecture: | |
| Primary Care Network, Lowell, MA | 5/31/2003 |
| Continuing Education Lecture: | |
| Postgraduate Institute for Medicine, Boston, MA | 8/13/2003 |
| Symposium: Neurology for the Primary Care Provider, Review Course | |
| Department of Neurology, University of Vermont, Burlington, VT | 8/17/2003 |

Symposium: Advances in Headache Diagnosis and Treatment,
    Headache Cooperative of New England, Boston, MA      10/18/2003
Annual Meeting: The Nurse Practitioner Association New York State
    Bolton Landing, NY      10/24/2003
Symposium: The Headache Connections,
    Headache Cooperative of New England, Stowe, VT      2/27/2004
Annual Meeting: Adirondack Society of Physician Assistants,
    Lake Placid, NY      3/6/2004
Grand Rounds: Department of Medicine,
    Porter Medical Center, Middlebury, VT      10/1/2004
Annual CME Meeting: New York State Society of Physician Assistants,
    Albany, NY      10/3/2004
Symposium: Practical Approaches to Headache Diagnosis and Treatment,
    Headache Cooperative of New England, Boston, MA      11/6/2004
Symposium: Focus on Cluster Headache, *The Annual David Coddon Lecture*
    Headache Cooperative of New England, Stowe, VT      3/4/2005
Symposium: Neurology for the Primary Care Provider, Review Course
    Department of Neurology, University of Vermont, Burlington, VT      9/25/2005
Annual Meeting: Northern New England Neurological Society
    Portsmouth, NH      10/28/2005
Symposium: Focus on New and Emerging Headache Treatments
    Headache Cooperative of New England, Boston, MA      11/12/2005
Symposium: Focus on New and Emerging Headache Treatments
    Headache Cooperative of New England, Stowe, VT      3/3/2006
Symposium: Women's Health Issues For Primary Care Providers, Review Course
    Department of Obstetrics & Gynecology, UVM, Burlington, VT      5/18/2006
Research Seminar
    Vermont Chapter, Society for Neuroscience, Burlington, VT      5/19/2006
Symposium: 32nd Annual Vermont Family Practice Review Course
    Department of Family Practice, UVM, Burlington, VT      6/13/2006
Symposium: Review of Primary and Secondary Headaches with Clinical Cases
    Headache Cooperative of New England, Boston, MA      11/4/2006
Grand Rounds: Department of Neurology
    Dartmouth-Hitchcock Medical Center, Lebanon, NH      11/17/2006
Symposium: Headache Update
    Headache Cooperative of New England, Stowe, VT      3/2/2007
Symposium: The 19th Annual Symposium on the Treatment of Headaches & Facial Pain
    New York Headache Foundation, New York, NY      4/15/2007
Symposium: Intensive Review of Headache Medicine,
    Headache Cooperative of New England, North Falmouth, MA      8/10/2007
Symposium: Headache across the lifespan
    Headache Cooperative of New England, Boston, MA      11/10/2007
Symposium: Women's Health Issues For Primary Care Providers, Review Course
    Department of Obstetrics & Gynecology, UVM, Burlington, VT      5/7/2008
Symposium: Intensive Review of Headache Medicine,
    Headache Cooperative of New England, Cambridge, MA      8/9/2008
Symposium: Comprehensive Overview of Migraine Headache,
    Headache Cooperative of New England, Boston, MA      11/1/2008

Symposium: Headache Update
        Headache Cooperative of New England, Stowe, VT        3/6-7/2009
Symposium: Update on the Diagnosis and Treatment of Headaches: A Case-Based Approach
        Headache Cooperative of New England, Boston, MA        11/14/2009
Symposium: Headache in Depth
        Headache Cooperative of New England, Stowe, VT        2/27/2010
Symposium: Update on the Diagnosis and Treatment of Headaches: A Case-Based Approach
        Headache Cooperative of New England, Boston, MA        11/6/2010
Symposium: Headache Update
        Headache Cooperative of New England, Stowe, VT        3/4/2011
Symposium: Women's Health Conference, Review Course
        UVM Continuing Medical Education, Burlington, VT        5/11/2011
Symposium: Headache & Facial Pain: Evidence-Based Treatment
        Tufts University, School of Dental Medicine, Boston, MA        9/24/2011
Grand Rounds: Department of Medicine
        Glens Falls Hospital, Glens Falls, NY        11/1/2011
Symposium: Update on the Diagnosis and Treatment of Headaches: A Case-Based Approach
        Headache Cooperative of New England, Boston, MA        11/5/2011
Symposium: "Cutting Edge" Evaluation, Treatment, and Research
        Headache Cooperative of New England, Stowe, VT        3/2/2012
Symposium: 12th Annual HCNE Boston Headache Symposium
        Headache Cooperative of New England, Boston, MA        9/29/2012
Symposium: 23rd Annual Winter Headache Symposium – Lifetime Achievement Award Lecture
        Headache Cooperative of New England, Stowe, VT        3/9/2013
Symposium: 13th Annual HCNE Boston Headache Symposium
        Headache Cooperative of New England, Boston, MA        11/2/2013
Symposium: 24th Annual Winter Headache Symposium
        Headache Cooperative of New England, Stowe, VT        3/8/2014
Symposium: Women's Health Conference, Review Course
        UVM Continuing Medical Education, Burlington, VT        5/7/2014
Symposium: 14th Annual HCNE Boston Headache Symposium
        Headache Cooperative of New England, Boston, MA        11/8/2014
Grand Rounds: Department of Medicine, Rutland Regional Medical Center
        Rutland, VT        11/13/2014
Symposium: 25th Annual Winter Headache Symposium
        Headache Cooperative of New England, Stowe, VT        3/6/2015
Symposium: 15th Annual HCNE Boston Headache Symposium
        Headache Cooperative of New England, Boston, MA        11/14/2015
Symposium: 26th Annual Winter Headache Symposium
        Headache Cooperative of New England, Stowe, VT        4/1/2016
Annual Meeting: Northern New England Neurological Society
        Essex, VT        10/28/2016
Symposium: 16th Annual HCNE Boston Headache Symposium
        Headache Cooperative of New England, Boston, MA        11/12/2016
Symposium: 27th Annual Winter Headache Symposium
        Headache Cooperative of New England, Stowe, VT        3/31/2017
Annual Meeting, Association of Migraine Disorders

|  |  |
|---|---|
| Providence, RI | 6/23/2017 |

Symposium: 17th Annual HCNE Boston Headache Symposium
|  |  |
|---|---|
| Headache Cooperative of New England, Boston, MA | 11/4-5/2017 |

Symposium: 28th Annual Winter Headache Symposium
|  |  |
|---|---|
| Headache Cooperative of New England, Stowe, VT | 3/2/2018 |

Symposium: 18th Annual HCNE Boston Headache Symposium
|  |  |
|---|---|
| Headache Cooperative of New England, Boston, MA | 11/3/2018 |

Symposium: 29th Annual Winter Headache Symposium
|  |  |
|---|---|
| Headache Cooperative of New England, Stowe, VT | 3/2/2019 |

Symposium: Annual Meeting
|  |  |
|---|---|
| Vermont Ophthalmological Society, Warren, VT | 3/9/2019 |

Symposium: 19th Annual HCNE Boston Headache Symposium
|  |  |
|---|---|
| Headache Cooperative of New England, Boston, MA | 11/2/2019 |

*University of Vermont / Fletcher Allen Health Care / University of Vermont Medical Center, Vermont:*

Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 11/19/1998 |

Grand Rounds: Department of Medicine,
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 3/5/1999 |

Grand Rounds: Department of Psychiatry,
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 3/26/1999 |

Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 11/11/1999 |

Grand Rounds: Department of Pediatrics,
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 5/12/2000 |

Research Seminar: Department of Obstetrics & Gynecology
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 11/16/2000 |

Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 11/30/2000 |

Seminar: Pain Management Group, Department of Anesthesiology,
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 4/2/2001 |

Grand Rounds: Department of Pediatrics,
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 4/11/2001 |

Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 1/3/2002 |

Research Seminar: GCRC Seminars in Investigative Medicine
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 1/25/2002 |

Seminar: Pain Management Group, Department of Anesthesiology,
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 4/1/2002 |

Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 1/16/2003 |

Grand Rounds: Women's Health Care Service, Department of Obstetrics & Gynecology
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 4/8/2003 |

Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 11/13/2003 |

Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
|  |  |
|---|---|
| UVM / Fletcher Allen Health Care, Burlington, VT | 12/16/2004 |

Research Seminar, Department of Medicine (Endocrinology),
        UVM / Fletcher Allen Health Care, Burlington, VT      3/18/2005
Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
        UVM / Fletcher Allen Health Care, Burlington, VT      12/15/2005
Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
        UVM / Fletcher Allen Health Care, Burlington, VT      1/18/2007
Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
        UVM / Fletcher Allen Health Care, Burlington, VT      12/18/2008
Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
        UVM / Fletcher Allen Health Care, Burlington, VT      1/7/2010
Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
        UVM / Fletcher Allen Health Care, Burlington, VT      1/6/2011
Grand Rounds: Department of Pediatrics
        UVM / Fletcher Allen Health Care, Burlington, VT      2/9/2011
Seminar: Department of Obstetrics and Gynecology, Maternal & Fetal Medicine
        UVM / Fletcher Allen Health Care, Burlington, VT      5/18/2011
Seminar: UVM Clinical and Translational Science Friday Noon Seminar Series
        UVM / Fletcher Allen Health Care, Burlington, VT      2/17/2012
Seminar: Fletcher Allen Neurology Nursing In-Service Seminar
        UVM / Fletcher Allen Health Care, Burlington, VT      4/25/2012
Grand Rounds: Clinical Neurosciences, Departments of Neurology & Neurosurgery
        UVM / Fletcher Allen Health Care, Burlington, VT      12/20/2012
Seminar: Pain Management Fellows, Department of Anesthesiology,
        UVM / Fletcher Allen Health Care, Burlington, VT      6/10/2013
Seminar: Resident Didactic Series, Department of Obstetrics and Gynecology,
        UVM / Fletcher Allen Health Care, Burlington, VT      5/1/2014
Grand Rounds: Department of Family Medicine
        UVM / Fletcher Allen Health Care, Burlington, VT      10/27/2014
Seminar: Pain Management Fellows, Department of Anesthesiology,
        UVM / Fletcher Allen Health Care, Burlington, VT      3/30/2015
Grand Rounds: Departments of Medicine
        UVM Medical Center, Burlington, VT      1/29/2016
Grand Rounds: Department of Psychiatry,
        UVM Medical Center, Burlington, VT      5/19/2017
Seminar: Resident Didactic Series, Department of Obstetrics and Gynecology,
        UVM Medical Center, Burlington, VT      6/1/2017

**Public (Lay) Lectures (since 1998):**

"Migraine Awareness", Sheraton Hotel, Burlington, VT      3/31/1998
"Oh, My Aching Head", Northwest Hospital Medical Center, St. Albans, VT      3/30/1999
"Migraine Awareness", Ramada Hotel, Burlington, VT      11/10/1999
"Migraine", Vermont Migraine Support Group, Burlington, VT      4/24/2000
"Why Migraine is *Not* Headache", Community Medical School,
        College of Medicine, University of Vermont, Burlington, VT      3/26/2002
"The Migraine Syndrome", Community Medical School,
        College of Medicine, University of Vermont, Burlington, VT      4/18/2006
"The Migraine Syndrome", UVM Lifetime Wellness Program,

University of Vermont, Burlington, VT                          11/20/2007
"Myths of Migraine", Community Medical School,
          College of Medicine, University of Vermont, Burlington, VT        5/10/2011
"One Day at a Time: When Headaches Become Chronic", Community Medical School,
          College of Medicine, University of Vermont, Burlington, VT        10/8/2013
"Migraine isn't headache. What is it?, Fletcher Allen Health Care Healthsource Lectures Series
          Fletcher Allen Health Care, Burlington, VT                       10/22/14


**Course Lectures / Precepting: Robert Larner, M.D. College of Medicine, University of Vermont**

Basic Neuroscience, lecturer / preceptor
          Course Director: Cynthia Forehand, Ph.D.                         February 1998-1999
Advanced Basic Neuroscience, lecturer / preceptor
          Course Director: Timothy Fries, M.D.                             January 1998-2002
Human Neuroscience (ANNB 202), lecturer
          Course Director: Margaret Vizzard, Ph.D.                         April 2001-2007
Basic Clinical Clerkship, preceptor                                       April 1998-2002
Clinical Skills: Neurological Examination, preceptor
          Course Director: Robert Smith                                    1998-2007
Introduction to Psychopathology, preceptor
          Course Director: Scott Waterman, M.D.                            Fall 2001
Advanced Basic Science: Genetics, Public Health/Epidemiology and Ethics, lecturer / preceptor
          Course Director: James Hudziak, M.D.                             January 2000
Neuroanatomy for Neurology Residents, lecturer / preceptor
          Course Director: Margaret Vizzard, Ph.D.                         Spring 1999
Acute Neurological Care for Residents Lecture Series, lecturer            1998-2009
          Course Director                                                  1999-2002
Housestaff Lecture Series, Department of Medicine, lecturer               1999, '06, 2/12,
                                                                          11/12
Neurology Residents' Journal Club, preceptor                             1999-2007
Medical Student Outpatient Neurology Clerkship – lecturer / preceptor    1999-2009
Medical Student Inpatient Neurology Clerkship – lecturer / preceptor     2004-2009
Vermont Integrated Curriculum Neural Science Course, lecturer
          Course Director: Cynthia Forehand, Ph.D.                         2004-2013
First Year Medical School Noon Lecture Series ("Bagel Rounds")           2004,'05,'07-'13
Vermont Integrated Curriculum Bridge 2, lecturer on pharmaceutical marketing
          Course Director: Tania Bertsch, M.D.,                            2007 - 2008
Reporting Clinical Research – reviewer
          Course Director: Charles McLean, M.D.                            2007
Physical Therapy 349, lecturer
          Course Director: Sonya Worth, PT, Karen Westervelt, PT.          2009, '11-'14
COBRE Neurolobiology of Disease Course (Channelopathies)                 2011
          Course Director: Felix Eckenstein, Ph.D.
Neurology Resident Neuroscience Course: Channelopathies that Manifest with Headache        2016


**Academic Advising: Robert Larner, M.D. College of Medicine, University of Vermont**

Medical student advising (one medical student)                           1998-2001

27

| | |
|---|---|
| Neurology resident advising (one resident per year) | 1998-2009 |
| MD/PhD Dissertation Committee (Anna Euser) | 2005-2007 |

## UCNS Headache Fellowship Trainees, Robert Larner, M.D. College of Medicine, UVM

| | |
|---|---|
| Katherine Wayman, MD | 2014-2016 |
| Adam Sprouse Blum, MD | 2015-2017 |

## Administration: University of Vermont or University of Vermont Medical Center

| | |
|---|---|
| Neurology Residency Selection Committee, Member | 1998- |
| Medical Student Faculty Advisor | 1999-2001 |
| Neurology Resident Faculty Advisor | 1999- |
| FAHC Multidisciplinary Pain Task Force, Member | 2000 |
| Neurology Residency Program, Department of Neurology, Co-Director | 2001- 2002 |
| Acute Neurological Care Lecture Series for Neurology Residents, Director | 2001- 2002 |
| Neuroscience Grand Rounds, Director | 2001- 2013 |
| UVM General Clinical Research Center, Scientific Advisory Committee, Member | 2003 - 2006 |
| Vice Chairman | 2005 - 2006 |
| UVM Postgraduate Medical Education Committee, Member | 2003 - |
| UVM LCME Review Subcommittee IV, Member | 2004 |
| UVM Department of Neurology Promotions Committee, Member | 2004 |
| M.D./Ph.D. Student Dissertation Committee (Anna Euser) , Member | 2005 - 2007 |
| UVM/FAHC Biomedical Imaging Research Strategic Planning Group, Member | 2005 - 2010 |
| Graduate Faculty, University of Vermont | 2006 - |
| UVM Office of Clinical Trials Research, Medical Director | 2006 - 2008 |
| UVM Office of Clinical Trials Research Steering Committee, Chairman | 2006 - 2008 |
| UVM/FAHC CTSA / OCTR Task Force, Member | 2007 |
| UVM Department of Neurological Sciences Chairman Search Committee | 2011 - 2012 |
| UVM Neuroscience, Behavior, and Health Spire Focus Group | 2011 |
| UVM/FAHC Headache Medicine Fellowship, UCNS accredited, Director | 2012 - |
| University Health Center, Inc., Burlington, VT, Member, Board of Trustees | 2012 - 2019 |
| Chairman, Audit Committee | 2015 - 2019 |
| UVM Department of Neurological Sciences, Schumacher Lectureship Committee, Chairman | 2015 - |
| UVM Department of Neurological Sciences, Transforming Neurology Clinic Council, Chairman | 2015 - |
| UVM Department of Neurological Sciences, Division Chief, Headache Medicine | 2016 - |
| UVM Department of Neurological Sciences, Promotion Committee | 2016 - |

## Multicenter Pharmaceutical Clinical Trials:

| | |
|---|---|
| 1) GlaxoSmithKline, Phase II Trial, Principal Investigator | 2002 |

"A randomized, double-blind, single-dose, double-dummy evaluation of the efficacy, safety and pharmacokinetics of [compound A] and [compound B] versus placebo in the acute treatment of migraine."

2) AstraZeneca, Phase IV Trial, Principal Investigator                                   2002
"A multicenter, 2-phase, double-blind, randomized, placebo-controlled, parallel trial to evaluate the
efficacy of a single dose of zolmitriptan (ZOMIG®) as acute treatment in phase I and repeated Doses as
preemptive treatment in phase II for menstrual migraine headache."

3) AstraZeneca, Phase IV Trial, Principal Investigator                                   2002-2003
"A multicenter, randomized, placebo-controlled, double-blind, parallel-group trial to evaluate early
efficacy and tolerability of Zolmitriptan (ZOMIG®) nasal spray in the acute treatment of adult subjects
with migraine."

4) POZEN, Phase III Trial, Principal Investigator                                        2004-2005
"A double-blind, multicenter, randomized, placebo-controlled single dose study to evaluate the safety and
efficacy of Trexima® in the acute treatment of migraine headaches."

5) Eisai, Phase II Trial, Principal Investigator                                         2004-2006
"A randomized, double-blind, placebo-controlled, multi-center, parallel-group study to evaluate the
efficacy and safety of E2007 in migraine prophylaxis."

6) GlaxoSmithKline, Phase III Trial, Principal Investigator                              2005-2006
"A randomized, double-blind, multi-center, placebo-controlled, cross-over study to determine the
consistency of response for Trexema® (sumatriptan 85mg / naproxen sodium 500mg) administered during
the mild pain phase for the acute treatment of multiple migraine attacks."

7) Merck, Phase III Trial, Principal Investigator                                        2007
"A phase III multicenter, randomized, placebo-controlled clinical trial to study the efficacy and safety of
oral MK-0974 in the acute treatment of migraine with or without aura."

8) Merck, Investigator-initiated trial, Site Investigator                                2010
"Headache Experts Questionnaire / RA001."

9) Novartis, Phase III Trial, Sub-Investigator                                           2013
"A multicenter, randomized, double-blind, parallel-group, placebo-controlled variable treatment duration
study evaluating the efficacy and safety of Siponimod (BAF312) in patients with secondary progressive
multiple sclerosis."

10) Investigator Initiated, Phase IV Trial, Executive Committee Member                   2014
"Thienopyridine Therapy for Refractory Episodic Migraine (THEOREM) Trial"

11) Lilly, Phase 2b Trial, Protocol I5Q-MC-CGAB, Data Monitoring Committee     2014
"A Phase 2b, Randomized, Double-Blind, Placebo-Controlled Study of LY2951742 in Patients with
Episodic Migraine."

12) Lilly, Phase 3 Trial, Protocol I5Q-MC-CGAG, Data Monitoring Committee      2015 -
"A Phase 3 Randomized, Double-Blind, Placebo-Controlled Study of LY2951742 in Patients with
Episodic Migraine - the EVOLVE-1 Study"

13) Lilly, Phase 3 Trial, Protocol I5Q-MC-CGAH, Data Monitoring Committee      2015 -

2:19-cv-00238-cr    Document 17    Filed 09/22/20    Page 54 of 55

"A Phase 3 Randomized, Double-Blind, Placebo-Controlled Study of LY2951742 in Patients with Episodic Migraine - the EVOLVE-2 Study"

14) Lilly, Phase 3 Trial, Protocol I5Q-MC-CGAI, Data Monitoring Committee        2015 -
"A Phase 3, Randomized, Double-Blind, Placebo-Controlled Study of LY2951742 in Patients with Chronic Migraine – the REGAIN Study"

15) Lilly, Phase 3 Trial, Protocol I5Q-MC-CGAJ, Data Monitoring Committee        2015 -
"A Phase 3, Long-Term, Open-Label Safety Study of LY2951742 in Patients with Migraine"

16) Lilly, Phase 3 Trial, Protocol I5Q-MC-CGAL, Data Monitoring Committee        2015 -
"A Phase 3 Randomized, Double-Blind, Placebo-Controlled Study of LY2951742 in Patients with Episodic Cluster Headache"

17) Lilly, Phase 3 Trial, Protocol I5Q-MC-CGAM, Data Monitoring Committee        2015 -
"A Phase 3 Randomized, Double-Blind, Placebo-Controlled Study of LY2951742 with a Long-Term Open-Label Extension in Patients with Chronic Cluster Headache"


**Data Monitoring Committee, Consulting, Scientific Advisory Board, and/or Lecturing Activities:**

| | |
|---|---|
| GlaxoSmithKline | 1998 - 2003, 2005 |
| Merck | 1998 - 2007 |
| Abbott Laboratories | 1999 - 2002 |
| AstraZeneca Pharmaceuticals | 2000 - 2005 |
| Pfizer | 2001 - 2004, 2009 |
| Elan Pharmaceuticals / UCB Pharma | 2002 - 2003 |
| MedPointe Pharmaceuticals | 2003 - 2004 |
| Eisai Pharmaceuticals | 2004, 2006 |
| MAP Pharmaceuticals | 2005 - 2007, 2009 - 2012 |
| NuPathe Pharmaceuticals | 2007 - 2011 |
| Iroko Pharmaceuticals | 2009 |
| Zogenix Pharmaceuticals | 2010 |
| Nautilus Neurosciences | 2010 |
| Eli Lilly | 2014 – |
| Lundbeck | 2020 – |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ROBERT E. SHAPIRO

        Plaintiff,

   v.

                                 Case No. 2:19-cv-238

UNITED STATES SOCIAL SECURITY
ADMINISTRATION

        Defendant.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 22nd day of September, 2020, I, Justin Sherman, Esq., of

Langrock Sperry & Wool, LLP electronically filed with the Clerk of the Court ***Plaintiff's***

***Cross Motion for Summary Judgement, and Opposition to Defendant's Motion to Dismiss,***

***Or In The Alternative, for Summary Judgement*** with ***Affidavit of Robert E. Shapiro***, by

using the CM/ECF system.  The CM/ECF system will provide service of such filing(s) via

Notice of Electronic Filing (NEF) to the following NEF party:

Jason Turner, Esq.
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609-1001
*Jason.Turner@vermont.gov*

      DATED at Burlington, Vermont this 22nd day of September, 2020

                    LANGROCK SPERRY & WOOL, LLP

                    _____
                    Justin Sherman
                    ERN No. 9712
                    PO Box 721, 210 College Street
                    Burlington, VT 05402
                    jsherman@langrock.com
                    Phone:  802-864-0217

                    ***Attorneys for Robert E. Shapiro***