**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| ROBERT E. SHAPIRO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cv-00238-cr |
| | ) | |
| UNITED STATES SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that Defendant, the United States Social Security

Administration ("SSA"), by and through undersigned counsel, appeals to the United States Court

of Appeals for the Second Circuit from the following orders: this Court's March 8, 2021,

Opinion and Order (Docket No. 25), this Court's December 10, 2021, Opinion and Order

(Docket No. 36), this Court's March 30, 2022, Entry Order (Docket No. 40), and this Court's

March 30, 2022 Judgment (Docket No. 41).

1

Dated at Burlington, Vermont this 27th day of May, 2022.

Respectfully submitted,

UNITED STATES SOCIAL SECURITY
ADMINISTRATION,

NIKOLAS P. KEREST
United States Attorney


/s/     Jason M. Turner
By:    Jason Turner
Assistant U.S. Attorney
United States Attorney's Office
11 Elmwood Avenue, 3rd Floor
Burlington, Vermont 05401
(802) 951-6725
Jason.Turner4@usdoj.gov